**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:
☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Regional Ambulance Service, Inc. |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-0004015 |

4. **Debtor's address**

**Principal place of business**

1089 Augusta Road
Number     Street

Warrenville          SC     29851
City                        State     ZIP Code

Aiken County
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City                        State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                        State     ZIP Code

5. **Debtor's website** (URL)    regionalambulanceservice.com

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A. *Check one:***

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B. *Check all that apply:***

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6219

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District **District of SC** When **12/16/2019** Case number **19-06574**
                                        MM / DD / YYYY

      District _____ When _____ Case number _____
                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                     MM  /  DD  /  YYYY

      Case number, if known _____

---

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/12/2021
MM / DD / YYYY

✘ /s/ Darrin Moyer
Signature of authorized representative of debtor

Darrin Moyer
Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Christine E. Brimm
Signature of attorney for debtor

Date  04/12/2021
MM / DD / YYYY

Christine E. Brimm
Printed name

Barton Brimm, PA
Firm name

1500 Highway 17 Business North Suite 214
Number    Street

Surfside Beach
City

SC
State

29575-5142
ZIP Code

8032566582
Contact phone

cbrimm@bartonbrimm.com
Email address

SC 6569 / FED 6313
Bar number

SC
State

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )
Regional Ambulance Service, Inc.,         )          Case # 21-_____
                                          )
_____ Debtor.         )          Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Darrin Moyer, declare under penalty of perjury that I am the President of Regional Ambulance Service, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of April, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Darrin Moyer, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Darrin Moyer, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Darrin Moyer, President of this Corporation is authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm, PA to represent the corporation in such bankruptcy case.

Dated: _04/12/2021_                      _____
                                         Darrin Moyer

| Form **1120-S** | **Two Year Comparison Worksheet Page 1** | **2018 & 2019** |

Name

Employer Identification Number

**REGIONAL AMBULANCE SERVICE, INC**

| | | 2018 | 2019 | Differences |
|---|---|---|---|---|
| **Income** | Gross profit percentage | 100.0000 | 100.0000 | |
| | Net receipts | 4,892,586 | 3,738,758 | -1,153,828 |
| | Cost of goods sold | | | |
| | Gross profit | 4,892,586 | 3,738,758 | -1,153,828 |
| | Net gain (loss) from Form 4797 | | | |
| | Other income (loss) | | | |
| | **Total income (loss)** | 4,892,586 | 3,738,758 | -1,153,828 |
| **Deductions** | Compensation of officers | 120,000 | 120,000 | |
| | Salaries and wages less employment credits | 2,280,556 | 1,874,205 | -406,351 |
| | Repairs and maintenance | 29,330 | 16,005 | -13,325 |
| | Bad debts | | | |
| | Rents | 128,301 | 106,019 | -22,282 |
| | Taxes and licenses | 281,602 | 145,523 | -136,079 |
| | Interest | | | |
| | Depreciation | | | |
| | Depletion | | | |
| | Advertising | 13,965 | 9,473 | -4,492 |
| | Pension, profit-sharing, etc., plans | | | |
| | Employee benefit programs | | | |
| | Other deductions | 1,904,786 | 1,390,508 | -514,278 |
| | **Total deductions** | 4,758,540 | 3,661,733 | -1,096,807 |
| | **Ordinary business income (loss)** | 134,046 | 77,025 | -57,021 |
| **Tax and Payments** | Excess net passive income or LIFO recapture tax | | | |
| | Tax from Schedule D | | | |
| | **Total tax** | 0 | 0 | 0 |
| | Estimated tax and prior year overpayment credited | | | |
| | Tax deposited with Form 7004 | | | |
| | Credit for federal tax paid on fuels | | | |
| | Refund applied for on Form 4466 | ( | )( | ) |
| | Refundable credit from Form 8827 | | | |
| | **Total payments and credits** | | | |
| | **Tax due (overpayment)** | 0 | 0 | 0 |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | **Net tax due (overpayment)** | 0 | 0 | 0 |
| | **Overpayment credited to next year's estimated tax** | | | |
| | **Overpayment refunded** | | | |

| Form **1120-S** | **Two Year Comparison Worksheet Page 2** | **2018 & 2019** |
|---|---|---|

Name

Employer Identification Number

## REGIONAL AMBULANCE SERVICE, INC

| | | 2018 | 2019 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | 134,046 | 77,025 | -57,021 |
| | Net rental real estate income (loss) | | | |
| | Other net rental income (loss) | | | |
| | Interest income | | | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | 10,000 | | -10,000 |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Charitable contributions | 2,042 | 262 | -1,780 |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Biofuel producer credit | | | |
| | Other credits | | | |
| **Foreign Transactions** | Total foreign gross income | | | |
| | Total foreign deductions | | | |
| | Total foreign taxes | | | |
| | Reduction in taxes available for credit | | | |
| **AMT Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 51,533 | 33,056 | -18,477 |
| | Distributions | 102,994 | 27,268 | -75,726 |
| | Repayment of loans from shareholders | | | |
| **Other Information** | Investment income | | | |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | 142,004 | 76,763 | -65,241 |

| Form **1120-S** | **Two Year Comparison Worksheet Page 3** | **2018 & 2019** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| REGIONAL AMBULANCE SERVICE, INC | |

| | | 2018 | 2019 | Differences |
|---|---|---|---|---|
| Schedule L | Beginning assets | 1,044,003 | 902,356 | -141,647 |
| | Beginning liabilities and equity | 1,044,003 | 902,356 | -141,647 |
| | Ending assets | 902,356 | 899,795 | -2,561 |
| | Ending liabilities and equity | 902,356 | 899,795 | -2,561 |
| Schedule M-1 | Net income (loss) per books | 90,471 | 43,707 | -46,764 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 51,533 | 33,056 | -18,477 |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income (loss) per return | 142,004 | 76,763 | -65,241 |
| Schedule M-2 AAA | Balance at beginning of year | -911,665 | -911,620 | 45 |
| | Ordinary income (loss) from page 1 | 134,046 | 77,025 | -57,021 |
| | Other additions | 10,000 | | -10,000 |
| | Other reductions | 41,007 | 22,793 | -18,214 |
| | Distributions | 102,994 | 27,268 | -75,726 |
| | Balance at end of year | -911,620 | -884,656 | 26,964 |
| Schedule M-2 PTI | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-2 E&P | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-2 OAA | Balance at beginning of year | | -12,568 | -12,568 |
| | Other additions | | | |
| | Other reductions | 12,568 | 10,525 | -2,043 |
| | Distributions | | | |
| | Balance at end of year | -12,568 | -23,093 | -10,525 |
| Schedule M-3 | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

# Form 1120-S Return Summary

For calendar year 2019 or tax year beginning                    , ending

## REGIONAL AMBULANCE SERVICE, INC

**Ordinary Business Income (Loss)**

| | | |
|---|---|---|
| Total income | 3,738,758 | |
| Total deductions | 3,661,733 | |
| **Ordinary business income (loss)** | | 77,025 |
| **Total S Corporation taxes** | | 0 |

**Schedule K, Line 18**

| | |
|---|---|
| Ordinary business income (loss) | 77,025 |
| Net rental real estate income (loss) | |
| Other net rental income (loss) | |
| Interest income | |
| Dividends | |
| Royalties | |
| Short-term capital gain (loss) | |
| Long-term capital gain (loss) | |
| Net Section 1231 gain (loss) | |
| Other income (loss) | |
| Section 179 deduction | |
| Contributions | 262 |
| Investment interest expense | |
| Section 59(e)(2) expenditures | |
| Other deductions | |
| Foreign taxes paid or accrued | |
| **Income (loss) reconciliation (Schedule K, Line 18)** | 76,763 |

### Schedule L

| | Prior Year | Current Year |
|---|---|---|
| Assets | 902,356 | 899,795 |
| Liabilities | 902,356 | 899,795 |
| Difference | 0 | 0 |

### Schedule M-1

| | |
|---|---|
| Schedule M-1 | 76,763 |
| Schedule K, Line 18 | 76,763 |
| Difference | 0 |

### Retained Earnings

| | Schedule L | RE Reconciliation Worksheet |
|---|---|---|
| AAA | -884,656 | -884,656 |
| UTI | | |
| E&P | | |
| OAA | -23,093 | -23,093 |
| Timing | 626 | 626 |
| Total | -907,123 | -907,123 |

### Schedule M-3

| | |
|---|---|
| Schedule M-3 | |
| Schedule K, Line 18 | |
| Difference | 0 |

| | |
|---|---|
| Total number of shareholders | 1 |
| Total ownership percentage | 100.000000 |

Form **8879-S**

**IRS _e-file_ Signature Authorization for Form 1120S**

◆ ERO must obtain and retain completed Form 8879-S.
◆ Go to *www.irs.gov/Form8879S* for the latest information.

OMB No. 1545-0123

**2019**

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year beginning _____ , and ending _____

Name of corporation

REGIONAL AMBULANCE SERVICE, INC

Employer identification number

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | 1 | 3,738,758 |
| 2 | Gross profit (Form 1120-S, line 3) | 2 | 3,738,758 |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) | 3 | 77,025 |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | 5 | 76,763 |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize ___FULLER, FROST & ASSOCIATES, CPAS PC___ to enter my PIN [_____] as my signature
ERO firm name                                                                                           Don't enter all zeros
on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ◆ _____   Date ◆ 09/15/20   Title ◆ PRESIDENT
DARRIN MOYER

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [_____]
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ◆ ___W. CHRISTIAN ETTERLEE, II___   Date ◆ 09/15/20

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.

Form **8879-S** (2019)

DAA

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ◆ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ◆ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2019** |

For calendar year 2019 or tax year beginning _____, ending _____

| | | Name | D Employer identification number |
|---|---|---|---|
| **A** S election effective date 01/11/02 | **TYPE** | REGIONAL AMBULANCE SERVICE, INC | |
| **B** Business activity code number (see instructions) 621900 | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. 1089 AUGUSTA ROAD SUITE 300 | E Date incorporated 01/11/2002 |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code WARRENVILLE          SC 29851 | F Total assets (see instructions) $ 899,795 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ................................ ◆ 1

**J** Check if applicable: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 3,738,758 | | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 3,738,758 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 3,738,758 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement) | | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 ◆ | | **6** | 3,738,758 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) | | **7** | 120,000 |
| | **8** Salaries and wages (less employment credits) | | **8** | 1,874,205 |
| | **9** Repairs and maintenance | | **9** | 16,005 |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 106,019 |
| | **12** Taxes and licenses | | **12** | 145,523 |
| | **13** Interest (see instructions) | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| | **16** Advertising | | **16** | 9,473 |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement)      SEE STMT 1 | | **19** | 1,390,508 |
| | **20** Total deductions. Add lines 7 through 19 ◆ | | **20** | 3,661,733 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | 77,025 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Reserved for future use | **23d** | | |
| | **e** Add lines 23a through 23d | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ◆ ☐ | | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: Credited to 2020 estimated tax ◆ _____ Refunded ◆ | | **27** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| | Signature of officer   DARRIN MOYER | Date | Title   PRESIDENT |

| **Paid Preparer Use Only** | Print/Type preparer's name W. CHRISTIAN ETTERLEE, II | Preparer's signature W. CHRISTIAN ETTERLEE, II | Date 09/15/20 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ◆ FULLER, FROST & ASSOCIATES, CPAS PC | | | Firm's EIN ◆ | |
| | Firm's address ◆ 3638 WALTON WAY EXT STE 300 AUGUSTA, GA          30909-1833 | | | Phone no. 706-724-2063 | |

For Paperwork Reduction Act Notice, see separate instructions.                               Form **1120-S** (2019)

DAA

Form 1120-S (2019)   **REGIONAL AMBULANCE SERVICE, INC**   Page **2**

## Schedule B   Other Information (see instructions)

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: | **a** ☒ Cash   **b** ☐ Accrual | | |
| | | **c** ☐ Other (specify) ◆ .......................................... | | |
| 2 | See the instructions and enter the: | | | |
| | **a** Business activity ◆ AMBULANCE SERVICE | **b** Product or service ◆ AMBULANCE SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a | | | |
| | nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| 4 | At the end of the tax year, did the corporation: | | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any | | | |
| | foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) | | | |
| | below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

|  |  |  | Yes | No |
|---|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or | | | |
| | capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a | | | |
| | trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of restricted stock .......................................... ◆ | | |
| | (ii)  Total shares of non-restricted stock .......................................... ◆ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of stock outstanding at the end of the tax year .......................................... ◆ | | |
| | (ii)  Total shares of stock outstanding if all instruments were executed .......................................... ◆ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide | | |
| | information on any reportable transaction? .......................................... | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ........ ◆ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount | | |
| | Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a | | |
| | basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and** | | |
| | **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in | | |
| | gain reduced by net recognized built-in gain from prior years. See instructions ........... ◆ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business | | |
| | in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | |
| | preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? .......................................... | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2019)

DAA

Form 1120-S (2019)   **REGIONAL AMBULANCE SERVICE, INC**   ~~[redacted]~~   Page **3**

## Schedule B   Other Information (see instructions) *(continued)*

|  | | Yes | No |
|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ........................................ ◆ $ | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions ........... | | X |
| **14a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? ...... | | X |
| **b** | If "Yes," did the corporation file or will it file required Forms 1099? ...... | | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ...... | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ........................... ◆ $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21) .......................... | **1** | 77,025 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) ...................... | **2** | |
| | **3a** | Other gross rental income (loss) ............................ **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) ......... **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a ............... | **3c** | |
| | **4** | Interest income .......................................... | **4** | |
| | **5** | Dividends: **a** Ordinary dividends ................................ | **5a** | |
| | | **b** Qualified dividends ........................ **5b** | | |
| | **6** | Royalties ............................................. | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) ............ | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) ............ | **8a** | |
| | **b** | Collectibles (28%) gain (loss) ............................ **8b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) ............ **8c** | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) ..................... | **9** | |
| | **10** | Other income (loss) (see instructions)              Type ◆ | **10** | |
| **Deductions** | **11** | Section 179 deduction (attach Form 4562) ....................... | **11** | |
| | **12a** | Charitable contributions                     SEE STMT 2 | **12a** | 262 |
| | **b** | Investment interest expense ................................ | **12b** | |
| | **c** | Section 59(e)(2) expenditures  **(1)** Type ◆                **(2)** Amount ◆ | **12c(2)** | |
| | **d** | Other deductions (see instructions) ................ Type ◆ | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5)) ...................... | **13a** | |
| | **b** | Low-income housing credit (other) ........................... | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** | Other rental real estate credits (see instructions)       Type ◆ | **13d** | |
| | **e** | Other rental credits (see instructions)       Type ◆ | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) ...................... | **13f** | |
| | **g** | Other credits (see instructions)       Type ◆ | **13g** | |
| **Foreign Transactions** | **14a** | Name of country or U.S. possession ◆ | | |
| | **b** | Gross income from all sources ............................. | **14b** | |
| | **c** | Gross income sourced at shareholder level ...................... | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | **d** | Reserved for future use .................................. | **14d** | |
| | **e** | Foreign branch category ................................. | **14e** | |
| | **f** | Passive category ...................................... | **14f** | |
| | **g** | General category ..................................... | **14g** | |
| | **h** | Other (attach statement) ................................ | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | **i** | Interest expense ...................................... | **14i** | |
| | **j** | Other ............................................. | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **k** | Reserved for future use .................................. | **14k** | |
| | **l** | Foreign branch category ................................. | **14l** | |
| | **m** | Passive category ...................................... | **14m** | |
| | **n** | General category ..................................... | **14n** | |
| | **o** | Other (attach statement) ................................ | **14o** | |
| | | Other information | | |
| | **p** | Total foreign taxes (check one): ◆  [ ] Paid   [ ] Accrued | **14p** | |
| | **q** | Reduction in taxes available for credit (attach statement) ............... | **14q** | |
| | **r** | Other foreign tax information (attach statement) | | |

DAA

Form **1120-S** (2019)

Form 1120-S (2019) **REGIONAL AMBULANCE SERVICE, INC** ~~XX-XXXXXXX~~ Page **4**

## Schedule K    Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties – gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties – deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | 33,056 |
| | **d** Distributions (attach statement if required) (see instructions) | **16d** | 27,268 |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement)    **SEE STATEMENT 3** | | |
| **Recon-ciliation** | **18**   **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** | 76,763 |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 101,841 | | 99,280 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 124,055 | | 124,055 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) **STMT 4** | | 379,521 | | 379,521 |
| 7 | Loans to shareholders | | 130,068 | | 130,068 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 3,519,464 | | 3,519,464 | |
| b | Less accumulated depreciation | ( 3,352,593 | 166,871 | ( 3,352,593 | 166,871 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ( | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | | ( | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 902,356 | | 899,795 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) **STMT 5** | | 1,697,015 | | 1,678,015 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 500 | | 500 |
| 23 | Additional paid-in capital | | 128,403 | | 128,403 |
| 24 | Retained earnings | | -923,562 | | -907,123 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 902,356 | | 899,795 |

DAA

Form 1120-S (2019)   **REGIONAL AMBULANCE SERVICE, INC**   ~~redacted~~   Page **5**

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 43,707 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest   $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation   $ | | a | Depreciation   $ | |
| b | Travel and entertainment   $   22,445  **STMT 6**   10,611 | 33,056 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 76,763 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 76,763 |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -911,620 | | | -12,568 |
| 2 | Ordinary income from page 1, line 21 | 77,025 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions   **STMT 7** | ( 22,793) | | | ( 10,525) |
| 6 | Combine lines 1 through 5 | -857,388 | | | -23,093 |
| 7 | Distributions | 27,268 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -884,656 | | | -23,093 |

Form **1120-S** (2019)

DAA

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

◆ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
◆ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| REGIONAL AMBULANCE SERVICE, INC | ~~redacted~~ |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 124,055 |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | 124,055 |
| 7 | Inventory at end of year | **7** | 124,055 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 0 |

**9a** Check all methods used for valuing closing inventory:

   *(i)*   [X] Cost

   *(ii)*   [ ] Lower of cost or market

   *(iii)*   [ ] Other (Specify method used and attach explanation.) ◆

**b** Check if there was a writedown of subnormal goods .................................................... ◆ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ◆ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions    [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation    [ ] Yes [X] No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

671119

| Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning _____ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.  ❝ See back of form and separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

REGIONAL AMBULANCE SERVICE, INC

1089 AUGUSTA ROAD SUITE 300
WARRENVILLE        SC  29851

**C** IRS Center where corporation filed return
E-FILE

### Part II   Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

DARRIN K MOYER
919 RIVERBOUND CT

EVANS            GA  30809

**F** Shareholder's percentage of stock
ownership for tax year .......................... **100.000000** %

For IRS Use Only

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) **77,025** | | **13** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | | |
| **4** Interest income | | | |
| **5a** Ordinary dividends | | | |
| **5b** Qualified dividends | | **14** Foreign transactions | |
| **6** Royalties | | | |
| **7** Net short-term capital gain (loss) | | | |
| **8a** Net long-term capital gain (loss) | | | |
| **8b** Collectibles (28%) gain (loss) | | | |
| **8c** Unrecaptured section 1250 gain | | | |
| **9** Net section 1231 gain (loss) | | | |
| **10** Other income (loss) | | **15** Alternative minimum tax (AMT) items | |
| **11** Section 179 deduction | | **16** Items affecting shareholder basis **C\*** STMT | |
| **12** Other deductions **A** 262 | | **D** 27,268 | |
| | | **17** Other information **V\*** STMT | |
| **18** More than one activity for at-risk purposes\* | | | |
| **19** More than one activity for passive activity purposes\* | | | |

\* See attached statement for additional information.

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

◆ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

◆ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

**REGIONAL AMBULANCE SERVICE, INC**

Employer identification number

~~████████~~

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  DARRIN MOYER | ~~████~~ | 100.000 % | 100.000 % | % | 120,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| **2** | Total compensation of officers | | **2** | 120,000 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 120,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

DAA

## Section 199A Information Worksheet

| Form **1120-S** | For calendar year 2019 or tax year beginning | , ending | **2019** |
|---|---|---|---|

| Name | Employer Identification Number |
|---|---|
| REGIONAL AMBULANCE SERVICE, INC | ▓▓▓▓▓▓▓▓▓ |

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | _____ | ☐ | ☐ | ☐ |
| Column B | _____ | _____ | ☐ | ☐ | ☐ |
| Column C | _____ | _____ | ☐ | ☐ | ☐ |
| Column D | _____ | _____ | ☐ | ☐ | ☐ |
| Column E | _____ | _____ | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 77,025 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Charitable contributions | 262 | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 1,994,205 | | | | |
| **Qualified property** | 2,152 | | | | |

**Other Information:**
  QBI allocable to cooperative pmts received
  W-2 wages allocable to qualified payments
  Section 199A(g) deduction

**Section 199A REIT dividends**

## Federal Statements

### Statement 1 - Form 1120-S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| AUTOMOBILE AND TRUCK EXPENSE | $ 342,305 |
| BANK CHARGES | 7,640 |
| BONUS | 1,000 |
| C LEANING SUPPLIES | 38 |
| COMMUNICATIONS | 904 |
| COMPUTER MAINTENANCE | 103,752 |
| COMPUTER EXPENSE | 1,610 |
| DUES & SUBSCRIPTION | 309 |
| EMPLOYEE MEDICAL EXPENSES | 9,575 |
| EMPLOYEE TRAINING | 2,724 |
| EQUIPMENT MAINTENANCE | 3,881 |
| FIELD SUPPLIES | 11,204 |
| INSURANCE | 450,684 |
| MEDICAL SUPPLIES | 22,498 |
| MIS CELLANEOUS | 104 |
| NEW HIRE PROCEDURES | 3,194 |
| OFFICE SUPPLIES | 9,137 |
| POSTAGE & DELIVERY | 5,951 |
| PROFESSIONAL FEES | 55,743 |
| PROMOTION | 6,850 |
| REFUND | -65 |
| TELEPHONE | 84,544 |
| TRAVEL | 2,339 |
| UNIFORMS | 6,381 |
| UTILITIES | 11,657 |
| V EHICLE LEASE EXPENSE | 214,478 |
| VEHICLE TRACKING SERVICE | 9,626 |
| 50% OF MEALS | 22,445 |
| TOTAL | $ 1,390,508 |

### Statement 2 - Form 1120-S, Page 3, Schedule K, Line 12a - Cash Contributions

| Description | Cash Contrib 60% | Cash Contrib 30% | Qualified Disaster | Total |
|---|---:|---:|---:|---:|
| CHARITABLE CONTRIBUTIONS | $ 262 | $ | $ | $ 262 |
| TOTAL | $ 262 | $ 0 | $ 0 | $ 262 |

### Statement 3 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| SECTION 199A INFORMATION - SEE ATTACHED WRK | |

### Statement 4 - Form 1120-S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| | $ 379,521 | $ 379,521 |
| TOTAL | $ 379,521 | $ 379,521 |

## Federal Statements

### Statement 5 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| | $ 1,697,015 | $ 1,678,015 |
| TOTAL | $ 1,697,015 | $ 1,678,015 |

### Statement 6 - Form 1120-S, Page 5, Schedule M-1, Line 3 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| FINES AND PENALTIES | $ 86 |
| OFFICER LIFE INS PREMIUMS | 10,525 |
| TOTAL | $ 10,611 |

### Statement 7 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| FINES AND PENALTIES | $ 86 |
| TRAVEL & ENTERTAINMENT | 22,445 |
| CHARITABLE CONTRIBUTIONS | 262 |
| TOTAL | $ 22,793 |



# Federal Statements
## DARRIN K MOYER

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| FINES AND PENALTIES | $        86 |
| OFFICER LIFE PREMIUMS | 10,525 |
| PAGE 1 MEALS | 22,445 |
| TOTAL | $    33,056 |

| Form **1120-S**<br>Schedule K-1 | **Schedule K-1, Box 17, Code V**<br>**Shareholder's Section 199A  Information** | **2019** |
|---|---|---|
| | For calendar year 2019 or tax year beginning                              , ending | |

| Name<br>**REGIONAL  AMBULANCE  SERVICE,  INC**<br>**DARRIN  K  MOYER** | Taxpayer Identification Number |
|---|---|

|  | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 77,025 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Charitable  contributions | 262 | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 1,994,205 | | | | |
| **Qualified  property** | | | | | |

**Other  Information:**
  QBI allocable to cooperative pmts received
  W-2 wages allocable to qualified payments
  Section 199A(g) deduction

**Section 199A REIT dividends**

# Federal Asset Report
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | ROGUE 614 | 1/24/17 | 532 | | X | X | 0 | 7 | HY | 200DB | 532 | 0 |
| 2 | COMPUTER | 2/06/17 | 1,620 | | X | X | 0 | 7 | HY | 200DB | 1,620 | 0 |
| | | | 2,152 | | | | 0 | | | | 2,152 | 0 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 2,152 | | | | 0 | | | | 2,152 | 0 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 2,152 | | | | 0 | | | | 2,152 | 0 |

# Bonus  Depreciation  Report
## Form  1120-S,  Page  1

| Asset | Property  Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 1 | ROGUE 614 | 1/24/17 | 532 | | 532 | 0 | 0 | 0 |
| 2 | COMPUTER | 2/06/17 | 1,620 | | 1,620 | 0 | 0 | 0 |
| | **Grand Total** | | 2,152 | | 0 | 0 | 0 | 0 |

# Qualified Property Report
## Form 1120-S, Page 1

| Asset | Property  Description | Date In Service | Tax Cost | Bus Pct | Qualified Property |
|---|---|---|---|---|---|
| 1 | ROGUE 614 | 1/24/17 | 532 | 100.00 | 532 |
| 2 | COMPUTER | 2/06/17 | 1,620 | 100.00 | 1,620 |
| | **Grand Total** | | 2,152 | | 2,152 |

# AMT Asset Report
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | ROGUE 614 | 1/24/17 | 532 | | X | X | 0 | 7 | HY | 200DB | 532 | 0 |
| 2 | COMPUTER | 2/06/17 | 1,620 | | X | X | 0 | 7 | HY | 200DB | 1,620 | 0 |
| | | | 2,152 | | | | 0 | | | | 2,152 | 0 |
| | **Grand Totals** | | 2,152 | | | | 0 | | | | 2,152 | 0 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 2,152 | | | | 0 | | | | 2,152 | 0 |

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | ROGUE 614 | 0 | 0 | 0 |
| Page 1 | 1 | 2 | COMPUTER | 0 | 0 | 0 |
| | | | | 0 | 0 | 0 |

3124  REGIONAL AMBULANCE SERVICE, INC

**Tax Asset Detail**    1/01/19 - 12/31/19

09/15/2020  4:36 PM

Page 1

FYE: 12/31/2019

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | ROGUE 614 | 1/24/17 | 531.91 | 531.91 | 0.00 | 531.91 | 0.00 | 531.91 | 0.00 | 200DB | 7.0 |
| 2 | | COMPUTER | 2/06/17 | 1,619.96 | 1,619.96 | 0.00 | 1,619.96 | 0.00 | 1,619.96 | 0.00 | 200DB | 7.0 |
| | | **Grand Total** | | 2,151.87 | 0.00c | 0.00 | 2,151.87 | 0.00 | 2,151.87 | 0.00 | | |

3124  REGIONAL AMBULANCE SERVICE, INC                                                   09/15/2020  4:36 PM

**Book Asset Detail    1/01/19 - 12/31/19**                                              Page 1

FYE: 12/31/2019

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp    c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | ROGUE 614 | 1/24/17 | 531.91 | 531.91 | 0.00 | 531.91 | 0.00 | 531.91 | 0.00 | 200DB | 7.0 |
| 2 |  | COMPUTER | 2/06/17 | 1,619.96 | 1,619.96 | 0.00 | 1,619.96 | 0.00 | 1,619.96 | 0.00 | 200DB | 7.0 |
|  |  | **Grand Total** |  | 2,151.87 | 0.00c | 0.00 | 2,151.87 | 0.00 | 2,151.87 | 0.00 |  |  |

| Form **1120-S** | **Schedule K-1 Summary Worksheet** | **2019** |
| --- | --- | --- |

Name

Employer Identification Number

**REGIONAL AMBULANCE SERVICE, INC**

| | Shareholder Name | SSN/EIN |
| --- | --- | --- |
| Column A | **DARRIN K MOYER** | |
| Column B | | |
| Column C | | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | SCH K TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Ordinary income | 77,025 | | | | 77,025 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | | | | | |
| 12a | Contributions | 262 | | | | 262 |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a | Low-inc house 42j5 | | | | | |
| 13b | Low-inc house other | | | | | |
| 13c | Qualif rehab exp | | | | | |
| 13d | Rental RE credits | | | | | |
| 13e | Other rental credits | | | | | |
| 13f | Biofuel credit | | | | | |
| 13g | Other credits | | | | | |
| 14b | Gross inc all src | | | | | |
| 14d-f | Total foreign inc | | | | | |
| 14g-k | Total foreign deds | | | | | |
| 14l | Total foreign taxes | | | | | |
| 14m | Reduct in taxes | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | 33,056 | | | | 33,056 |
| 16d | Distributions | 27,268 | | | | 27,268 |
| 16e | Shr loan repmts | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | 76,763 | | | | 76,763 |

| Form **1120-S** | **Retained Earnings Reconciliation Worksheet** | **2019** |
|---|---|---|
| | For calendar year 2019 or tax year beginning                    , ending | |

| Name | Employer Identification Number |
|---|---|
| REGIONAL  AMBULANCE  SERVICE,  INC | |

### Schedule L - Retained Earnings

| | |
|---|---:|
| Retained Earnings - Unappropriated (Accumulated E&P) | 0 |
| Accumulated Adjustments Account | −884,656 |
| Undistributed Previously Taxed Income | 0 |
| Other Adjustments Account | −23,093 |
| Retained Earnings Timing Differences | 626 |
| Schedule L, Line 24 - Retained Earnings | −907,123 |

### Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Undistributed Previously Taxed Income | Accumulated Earnings and Profits | Other Adjustments Account | Retained Earnings Timing Differences | Total Retained Earnings |
|---|---:|---:|---:|---:|---:|---:|
| Beginning of Year | −911,620 | 0 | 0 | −12,568 | 626 | −923,562 |
| Ordinary Income (Loss) | 77,025 | | | | | 77,025 |
| Other Additions | | | | | | |
| Other Reductions | 22,793 | | | 10,525 | | 33,318 |
| Distributions | 27,268 | | | | | 27,268 |
| End of Year | −884,656 | 0 | 0 | −23,093 | 626 | −907,123 |



# Federal Statements

## Form 1120-S, Retained Earnings Reconciliation Worksheet, AAA - Other Reductions

| Description | Amount |
|---|---|
| FINES AND PENALTIES | $ 86 |
| TRAVEL & ENTERTAINMENT | 22,445 |
| CHARITABLE CONTRIBUTIONS | 262 |
| TOTAL | $ 22,793 |

## Form 1120-S, Retained Earnings Reconciliation Worksheet, OAA - Other Reductions

| Description | Amount |
|---|---|
| OFFICER LIFE INS PREMIUMS | $ 10,525 |
| TOTAL | $ 10,525 |

| Form **1120/ 1120-S** | Electronic Filing - PDF Attachment Worksheet | | **2019** |
|---|---|---|---|
| | For calendar year 2019 or tax year beginning _____ , ending _____ | | |

Name
REGIONAL AMBULANCE SERVICE, INC

Employer Identification Number
▓▓▓▓▓▓▓▓▓

| Title | Attachment Source | Proforma |
|---|---|---|
| MANUALLY ATTACHED TO RETURN | | |
| USE OF ESTIMATES | U:\CHRIS\2019 USE OF ESTIMATES.PDF | |
| | | |
| AUTOMATICALLY ATTACHED TO RETURN | | |
| SECTION 199A INFORMATION WORKSHEET | SECTION199AINFORMATIONWORKSHEET.PDF | |
| | | |
| SHAREHOLDER SECTION 199A INFORMATION WORKSHEET | SHAREHOLDERSECTION199AINFORMATIONWORKSHEET.PDF | |

| Form **1120-S** | | Tax Return History Report Page 1 | | | | **2019** |
|---|---|---|---|---|---|---|

Name
**REGIONAL AMBULANCE SERVICE, INC**

Employer Identification Number

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 PROJECTED |
|---|---|---|---|---|---|---|
| Net receipts | 7,060,747 | 6,062,427 | 5,330,846 | 4,892,586 | 3,738,758 | 3,738,758 |
| Cost of goods sold | | | | | | |
| **Gross profit** | 7,060,747 | 6,062,427 | 5,330,846 | 4,892,586 | 3,738,758 | 3,738,758 |
| **Gross profit percentage** | 100.0000 | 100.0000 | 100.0000 | 100.0000 | 100.0000 | 100.0000 |
| Other income (loss) | | | | | | |
| **Total income (loss)** | 7,060,747 | 6,062,427 | 5,330,846 | 4,892,586 | 3,738,758 | 3,738,758 |
| Officer compensation | 110,769 | 120,000 | 111,045 | 120,000 | 120,000 | 120,000 |
| Salaries and wages | 4,126,063 | 3,563,439 | 2,696,135 | 2,280,556 | 1,874,205 | 1,874,205 |
| Bad debts | | | | | | |
| Taxes and licenses | 814,719 | 373,310 | 356,194 | 281,602 | 145,523 | 145,523 |
| Interest | | | | | | |
| Depreciation | | | | | | |
| Depletion (other than oil and gas) | | | | | | |
| Pension and employee benefits | | | | | | |
| Other deductions | 2,416,930 | 2,321,673 | 2,130,552 | 2,076,382 | 1,522,005 | 1,522,005 |
| **Total deductions** | 7,468,481 | 6,378,422 | 5,293,926 | 4,758,540 | 3,661,733 | 3,661,733 |
| **Ordinary business income (loss)** | -407,734 | -315,995 | 36,920 | 134,046 | 77,025 | 77,025 |





| Form **1120-S** | | Tax Return History Report Page 2 | | | | **2019** |
|---|---|---|---|---|---|---|

Name: **REGIONAL AMBULANCE SERVICE, INC**

Employer Identification Number: ████████

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 PROJECTED |
|---|---|---|---|---|---|---|
| Ordinary business income (loss) | -407,734 | -315,995 | 36,920 | 134,046 | 77,025 | 77,025 |
| Net rental income (loss) | | | | | | |
| Interest, dividends and royalties | | | | | | |
| Net capital gain (loss) | | | | | | |
| Net Section 1231 gain (loss) | | | | 10,000 | | |
| Other income (loss) | | | | | | |
| Section 179 deduction | | | 2,152 | | | |
| Charitable contributions | | 2,450 | 7,836 | 2,042 | 262 | 262 |
| Other deductions | | | | | | |
| Total foreign taxes | | | | | | |
| **S Corporation taxable income (loss)** | -407,734 | -318,445 | 26,932 | 142,004 | 76,763 | 76,763 |
| Total assets | 984,540 | 1,217,593 | 1,044,003 | 902,356 | 899,795 | |
| Total liabilities | 1,164,991 | 1,943,599 | 1,826,139 | 1,697,015 | 1,678,015 | |
| **Net equity** | -180,451 | -726,006 | -782,136 | -794,659 | -778,220 | |
| S Corporation book income (loss) | -415,917 | -330,155 | -35,108 | 90,471 | 43,707 | |
| Accumulated earnings & profits | | | | | | |
| Accumulated adjustments account | -304,980 | -850,535 | -911,665 | -911,620 | -884,656 | |
| Retained earnings timing differences | 626 | 626 | 626 | 626 | 626 | |
| Distributions from S Corporation earnings | 297,474 | 215,400 | 26,022 | 102,994 | 27,268 | |
| Dividend distributions | | | | | | |





| Form **1120-S**<br>Schedule K-1 | **Shareholder's Basis Worksheet Page 1** | | **2019** |
|---|---|---|---|
| | For calendar year 2019 or tax year beginning | , ending | |

Name  **REGIONAL AMBULANCE SERVICE, INC**
      **DARRIN K MOYER**

Taxpayer Identification Number

## Stock Basis

| | | |
|---|---|---|
| 1. Beginning of year stock basis | | 0 |
| 2. Capital contributions | | |
| **Additions:** | | |
| 3. Ordinary business income | 77,025 | |
| 4. Net rental income | | |
| 5. Interest, dividends, royalties and net capital gains | | |
| 6. Net Section 1231 gain | | |
| 7. Tax-exempt interest and other income | | |
| 8. Other income | | |
| 9. Gain on disposal of Section 179 assets | | |
| Total of line 3 through line 9 | | 77,025 |
| 10. Other increases | | |
| 11. Subtotal (Add line 1 through line 10) | | 77,025 |
| **Subtractions:** | | |
| 12. Distributions | | 27,268 |
| 13. Total losses and deductions applied against stock basis (See Shareholder's Basis Worksheet Page 2) | | 49,757 |
| 14. Other decreases | | |
| 15. Amount used to restore loan basis | | |
| 16. End of year stock basis (Subtract the sum of lines 12 through 15 from line 11) | | 0 |

## Loan Basis

| | |
|---|---|
| 17. Beginning of year loan basis | |
| 18. Loans to corporation | |
| 19. Loan basis restored - amount used in prior years to offset losses | |
| 20. Other increases | |
| 21. Loan repayments | |
| 22. Total losses and deductions applied against loan basis (See Shareholder's Basis Worksheet Page 2) | |
| 23. Other decreases | |
| 24. End of year loan basis (Subtract the sum of lines 21 through 23 from the sum of lines 17 through 20) | 0 |
| 25. End of year stock and loan basis (Add line 16 and line 24) | 0 |
| Principal amount of loan owed to shareholder at end of the year | 0 |

## Gain Recognized on Excess Distributions

| | | |
|---|---|---|
| 26. Distributions | | 27,268 |
| 27. Stock basis before distributions and loss items | | 77,025 |
| 28. Gain recognized on excess distributions (Subtract line 27 from line 26) | * | 0 |

## Gain Recognized on Repayment of Shareholder Loan

| | |
|---|---|
| 29. Loan basis at beginning of tax year | |
| 30. Loan basis restored - amount used in prior years to offset losses | |
| 31. Loan basis before loan repayment (Add line 29 and line 30) | |
| 32. Shareholder loan at beginning of tax year | |
| 33. Loan repayments to shareholder during tax year | |
| 34. Nontaxable return of loan basis ((Line 31 divided by line 32) multiplied by line 33) | |
| 35. Gain recognized on repayment of shareholder loan (Subtract line 34 from line 33) | |

**\* NO GAIN RECOGNIZED IN CURRENT YEAR.**

Note to shareholder: This worksheet was prepared based on corporation records. Please consult with your tax advisor for adjustments.

| Form **1120-S** Schedule K-1 | | **Shareholder's Basis Worksheet Page 2** | | | | | | | **2019** |

For calendar year 2019 or tax year beginning _____, ending _____

| Name | Taxpayer Identification Number |
|---|---|
| REGIONAL AMBULANCE SERVICE, INC<br>DARRIN K MOYER | |

### Loss Allocated to Stock and Loan Basis

| | Suspended Losses | Current Year Loss | Total Loss | Percent | Allowed Stock Loss | Disallowed Loss | Percent | Allowed Loan Loss | Loss to Carryforward | Total Allowed Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Nondeductible noncap expenses | 56,623 | 33,056 | 89,679 | 100.00 | 49,757 | 39,922 | 100.00 | | | 49,757 |
| Deductible items: | | | | | | | | | | |
| Ordinary business loss | | | | | | | | | | |
| Net rental real estate loss | | | | | | | | | | |
| Other net rental loss | | | | | | | | | | |
| Short-term capital loss | | | | | | | | | | |
| Long-term capital loss | | | | | | | | | | |
| Net Section 1231 loss | | | | | | | | | | |
| Other portfolio loss | | | | | | | | | | |
| Other losses | | | | | | | | | | |
| Section 179 expense | 2,152 | | 2,152 | 17.51 | | 2,152 | 17.51 | | 2,152 | |
| Cash contributions (60%) | 9,878 | 262 | 10,140 | 82.49 | | 10,140 | 82.49 | | 10,140 | |
| Cash contributions (30%) | | | | | | | | | | |
| Noncash contributions (50%) | | | | | | | | | | |
| Qual conserv contrib (50%) | | | | | | | | | | |
| Noncash contributions (30%) | | | | | | | | | | |
| Cap gain prop 50% org (30%) | | | | | | | | | | |
| Cap gain prop (20%) | | | | | | | | | | |
| Qual conserv contrib (100%) | | | | | | | | | | |
| Qual cash contrib disaster (100%) | | | | | | | | | | |
| Portfolio deductions | | | | | | | | | | |
| Investment interest expense | | | | | | | | | | |
| Deductions-royalty income | | | | | | | | | | |
| Section 59(e)(2) expend | | | | | | | | | | |
| Preproductive period exp | | | | | | | | | | |
| Commercial revitalization ded | | | | | | | | | | |
| Reforestation expense ded | | | | | | | | | | |
| Other deductions | | | | | | | | | | |
| Foreign taxes | | | | | | | | | | |
| Loss on disposal of 179 assets | | | | | | | | | | |
| Total deductible items | 12,030 | 262 | 12,292 | 100.00 | | 12,292 | 100.00 | | 12,292 | |
| Total nonded and deductible items | 68,653 | 33,318 | 101,971 | | 49,757 | 52,214 | | | 12,292 | 49,757 |

Note to shareholder: This worksheet was prepared based on corporation records. Please consult with your tax advisor for adjustments.

## Federal Statements

### Form 1120-S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| LICENSES & PERMITS | $ 20,622 |
| TAXES | 13,082 |
| PAYROLL TAXES | 107,786 |
| PROPERTY TAXES | 2,258 |
| USE TAX | 1,072 |
| SALES TAX | 703 |
| TOTAL | $ 145,523 |

### Form 1120-S, Page 4, Schedule K, Line 16c - Nondeductible Expenses

| Description | Amount |
|---|---|
| FINES AND PENALTIES | $ 86 |
| OFFICER LIFE PREMIUMS | 10,525 |
| PAGE 1 MEALS | 22,445 |
| TOTAL | $ 33,056 |

### Form 1120-S, Page 4, Schedule L, Line 3 - Inventories

| Description | Beginning of Year | End of Year |
|---|---|---|
| | $ 124,055 | $ 124,055 |
| TOTAL | $ 124,055 | $ 124,055 |

### Form 1120-S, Page 4, Schedule L, Line 7 - Loans to Shareholders

| Description | Beginning of Year | End of Year |
|---|---|---|
| | $ 130,068 | $ 130,068 |
| TOTAL | $ 130,068 | $ 130,068 |

1:30 PM

04/09/21

# Regional Ambulance Service, Inc.
## Statement of Cash Flows
### January 1 through April 9, 2021

|  | Jan 1 - Apr 9, 21 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 232,633.48 |
| **Net cash provided by Operating Activities** | 232,633.48 |
| **INVESTING ACTIVITIES** |  |
| Office Equipment | -661.99 |
| **Net cash provided by Investing Activities** | -661.99 |
| **FINANCING ACTIVITIES** |  |
| Sub S Distribution | -373.12 |
| **Net cash provided by Financing Activities** | -373.12 |
| **Net cash increase for period** | 231,598.37 |
| **Cash at beginning of period** | 172,577.25 |
| **Cash at end of period** | **404,175.62** |

2:35 PM

03/10/21

Cash Basis

**Regional Ambulance Service, Inc.**
**Profit & Loss**
**January through March 2021**

|  | Jan - Mar 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Fees** | |
| **Contracted Facilities Income** | 148,251.11 |
| **Medicare Income** | 187,255.53 |
| **Private Insurance Income** | 164,120.98 |
| **Private Pay Income** | 6,481.08 |
| **Total Fees** | 506,108.70 |
| **Reimbursed Expenses** | 6,716.41 |
| **Total Income** | 512,825.11 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | -400.00 |
| **Total COGS** | -400.00 |
| **Gross Profit** | 513,225.11 |
| **Expense** | |
| **Advertising** | 1,039.43 |
| **Automobile Expense** | |
| **Fuel** | 29,507.33 |
| **Maintenance** | 20,185.42 |
| **Parts - Automobile expenses** | 289.54 |
| **Towing Expenses** | 3,889.16 |
| **Automobile Expense - Other** | 130.00 |
| **Total Automobile Expense** | 54,001.45 |
| **Bank Service Charges** | 1,677.97 |
| **Cleaning Supplies** | 262.60 |
| **Computer Maintenance** | 7,522.99 |
| **Computer Supplies** | 996.83 |
| **Contributions** | 98.27 |
| **Distribution** | 171.72 |
| **Dues and Subscriptions** | 25.98 |
| **Employee Loan** | 11,147.90 |
| **Employee Medical Expenses** | 6,217.26 |
| **Employee Morale** | 219.92 |
| **Employee Training** | 4,959.18 |
| **Field Supplies** | |
| **gloves** | 3,276.76 |
| **Total Field Supplies** | 3,276.76 |
| **Fines and Charges** | 12.00 |
| **Insurance** | |
| **Liability Insurance** | 46,856.78 |
| **Work Comp** | 17,841.00 |
| **Total Insurance** | 64,697.78 |
| **Licenses and Permits** | 3,738.16 |
| **Medical Supplies** | |
| **Oxygen** | 2,887.30 |
| **Medical Supplies - Other** | 4,294.83 |
| **Total Medical Supplies** | 7,182.13 |
| **New Hire Procedure** | 1,077.04 |
| **Office Supplies** | 600.78 |
| **Overpayment Refund** | 647.26 |
| **Paintball Supplies** | 110.14 |
| **Payroll Expenses** | 225,949.32 |
| **Postage and Delivery** | 810.00 |

**Regional Ambulance Service, Inc.**
## Profit & Loss
**January through March 2021**

2:35 PM

03/10/21

Cash Basis

| | Jan - Mar 21 |
|---|---:|
| **Professional Fees** | |
| Accounting | 2,150.00 |
| ADP | 914.61 |
| Legal Fees | 230.00 |
| Medical Director | 3,000.00 |
| Professional Fees - Other | 943.09 |
| **Total Professional Fees** | 7,237.70 |
| **Promotion** | 5,610.77 |
| **Rent** | 26,080.00 |
| **Repairs** | |
| Computer Repairs | 268.80 |
| Janitorial Exp | 1,725.96 |
| **Total Repairs** | 1,994.76 |
| **Shop Supplies** | 393.67 |
| **Taxes** | |
| Payroll Taxes | 45,464.41 |
| Property | 10,318.73 |
| State | 125.00 |
| Taxes - Other | 14,312.93 |
| **Total Taxes** | 70,221.07 |
| **Telephone** | |
| Cell Phone | 932.76 |
| Telephone - Other | 18,012.10 |
| **Total Telephone** | 18,944.86 |
| **Travel & Ent** | |
| Travel | 192.68 |
| Travel & Ent - Other | 399.12 |
| **Total Travel & Ent** | 591.80 |
| **Uniforms** | 2,448.50 |
| **Utilities** | |
| Water | 52.71 |
| Utilities - Other | 2,038.71 |
| **Total Utilities** | 2,091.42 |
| **Vehicle Lease Expense** | 830.00 |
| **Withdrawal** | 307.44 |
| **Total Expense** | 533,194.86 |
| **Net Ordinary Income** | -19,969.75 |
| **Other Income/Expense** | |
| **Other Income** | |
| Loan | 340,952.00 |
| Other Income | 10,354.24 |
| **Total Other Income** | 351,306.24 |
| **Net Other Income** | 351,306.24 |
| **Net Income** | **331,336.49** |

**Fill in this information to identify the case:**

Debtor name _____Regional Ambulance Service, Inc._____

United States Bankruptcy Court for the: _____District of South Carolina_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................   $ _1,144,792.72_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................   $ _1,144,792.72_

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................................   $ _1,785,934.33_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................   $ _89,210.36_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................................   +$ _1,014,003.37_

4. **Total liabilities**...............................................................................................................   $ _2,889,148.06_
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Regional Ambulance Service, Inc._____

United States Bankruptcy Court for the: __District of South Carolina_____

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Department of The Treasury, IRS P.O. Box 7346 Philadelphia, PA, 19101 | | | | | | 1,635,834.33 |
| 2 | Wells Fargo 1739 Whiskey Road Aiken, SC, 29803 | | PPP - first | Contingent | | | 420,059.00 |
| 3 | Wells Fargo 1797 Whiskey Road Aiken, SC, 29803 | | PPP - second | Contingent | | | 340,877.00 |
| 4 | Zurich North America P.O. Box 464 Carol Stream, IL, 60197-4664 | 800-693-9466 billing.and.collection@zurichna.com | | | | | 81,797.17 |
| 5 | SC Department of Revenue P.O. Box 12265 Columbia, SC, 29211-9079 | | | | | | 62,956.69 |
| 6 | McCarthy, Reynolds & Penn, LLC 1517 Laurel Street P.O. Box 11332 Columbia, SC, 29211-1332 | Harrison  Penn 803-771-8836 hpenn@mccarthy-lawfirm.com | | | | | 29,635.66 |
| 7 | Hamilton  McKinney & Moss 10120 Two Notch Road Suite 2, #402 Columbia, SC, 29223 | R. Curry Moss 803-787-1509 cmoss@mosstax.com | | | | | 25,000.00 |
| 8 | Fulcher Hagler, LLP Attn:  Scott Lewis One 10th Street, Suite 700 Augusta, GA, 30901 | Scott Lewis 706-828-2624 slewis@fulcherlaw.com | | | | | 20,235.71 |

Debtor ___Regional Ambulance Service, Inc._____  Case number *(if known)*_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Midlands Technical College P.O. Box 2408 Columbia, SC, 29202 | Suzette Senn 803-822-3267 senns@midlandtech.edu | | | | | 17,567.00 |
| 10 | Uppro Attn: Dan Choi 25 Broadway, 9th Floor New York, NJ, 10004 | Dan Choi 646-661-2202, ext. 101 dan@uppro.io | | | | | 10,390.85 |
| 11 | Quadient Leasing USA, Inc. Dept. 3682 P.O. Box 123682 Dallas, TX, 75312-3682 | Rosa Diaz 201-357-8024 rosad@amscollections.com | | | | | 9,985.54 |
| 12 | EDTS, n/k/a Corsica Technologies 1721 Goodrich Street Augusta, GA, 30904 | Brooks Hudson 706-722-4481 bhudson@hullbarrett.com | | | | | 7,311.65 |
| 13 | Schroeder's Towing 3512 Bush River Road Columbia, SC, 29210 | Charlene Weeks 803-665-6414 schroederstowing@bellsouth.net | | | | | 6,521.25 |
| 14 | Aiken Regional Medical Centers Attn: Darren Waters, FBO Bus. & Ind. Dev. 440 Society Hill Drive, Suite 204 Aiken, SC, 29803 | Darren Waters 803-2932-0023 | | | | | 5,604.00 |
| 15 | Ace American Insurance Co. Lockbox #6907 P.O. Box 8500 Philadelphia, PA, 19178 | | | | | | 5,000.00 |
| 16 | Pollock 1711 Central Avenue Augusta, GA, 30904 | Gary Richardson 678-495-0050 grichardson@c2resources.com | | | | | 3,966.16 |
| 17 | AFC Greer Attn: Anna Cardona 1467 Woodruff Road, Suite C Greenville, SC, 29607 | Ana Cardona 864-458-9093 acardona@afcurgentcare.com | | | | | 3,932.50 |
| 18 | Fisher & Phillips, LLP 1320 Main Street, Suite 750 Columbia, SC, 29201 | Stephen Mitchell 803-255-0000 smitchell@fisherphillips.com | | | | | 3,710.47 |
| 19 | Keyrisk P.O. Box 18746 Greensboro, NC, 27419 | Tripp Lee 803-227-4814 tripp.lee@hubinternational.com | | | | | 3,650.00 |
| 20 | Midlands Exams & Drug Screening 3020 Sunset Blvd., Suite 102 West Columbia, SC, 29169 | Megan Shaw 803-939-8422 billing@midlandsexams.com | | | | | 3,223.00 |

---

**Fill in this information to identify the case:**

Debtor name ___Regional Ambulance Service, Inc.___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____

☐ Check if this is an
amended filing

---

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo #8763 | Checking | 8  7  6  3 | $ 124,317.80 |
| 3.2. | See continuation sheet | | | $ 24,798.81 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | Cashier's check (held in safe) | $ 250,000.00 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 399,116.61

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

Debtor    Regional Ambulance Service, Inc.                                     Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                           $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   431,526.21            _   20,653.02                  = ....... ➔    $ 410,873.19
                           face amount               doubtful or uncollectible accounts

11b. Over 90 days old:     183,506.16            _   33,429.40                   = ....... ➔    $ 150,076.76
                           face amount               doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 560,949.95

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $_____

---

Debtor    Regional Ambulance Service, Inc.
_____
Name

Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>Medical Supplies<br>_____ | _____<br>MM / DD / YYYY | $_____ | | 2,500.00<br>$_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 2,500.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Regional Ambulance Service, Inc.                     Case number *(if known)*_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks, file cabinets, miscellaneous | $ 0.00 | | $ 2,000.00 |
| 40. **Office fixtures**<br>Storage Shed | $ 0.00 | | $ 1,500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>46 Ipads, 29 phones, printers | $ 0.00 | | $ 13,272.16 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                    $ 16,772.16

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B              **Schedule A/B: Assets — Real and Personal Property**              page 4

Debtor    Regional Ambulance Service, Inc.                    Case number *(if known)*_____
          Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  See Attached list | $_____ | _____ | $ 165,354.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | | $_____ |

51.  **Total of Part 8.**                                                                     $ 165,354.00

Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor   Regional Ambulance Service, Inc.                                    Case number (if known)_____
         Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1089 Augusta Road, Suite 300<br>Warrenville, SC  29851 | Lease - $5,000/mo. | $_____ | _____ | 0.00<br>$_____ |
| 55.2  3800 Sunset Blvd.<br>West Columbia, SC | Lease - $3,200/mo. | $_____ | _____ | 0.00<br>$_____ |
| 55.3  Maintenance  Department<br>2040 Main Street<br>Graniteville, SC  29829 | Lease - $560.00/mo. | $_____ | _____ | 0.00<br>$_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>regionalambulanceservice.com | 0.00<br>$_____ | _____ | 100.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 100.00

---

Debtor   Regional Ambulance Service, Inc.                           Case number (if known)_____
     Name

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜  $_____
                                   Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____                          $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim        _____

Amount requested      $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim        _____

Amount requested      $_____

**76. Trusts, equitable or future interests in property**

_____                          $_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                          $_____

_____                          $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Regional Ambulance Service, Inc.                    Case number (if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 399,116.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 560,949.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 16,772.16 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 165,354.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,144,792.72 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... 1,144,792.72      $ 1,144,792.72

| Debtor 1 | Regional Ambulance Service, Inc. | Case number (if known) |
|---|---|---|
| | First Name     Middle Name     Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Wells Fargo #4651**          **Checking**                   **4651**

**Balance: 1,044.01**

**Wells Fargo #6775**          **Checking**                   **6775**

**Balance: 23,284.47**

**Wells Fargo #2462**          **Checking**                   **2462**

**Balance: 470.33**

Exhibit A/B 47

| Status as of 04/12/21 | DHSC # | Year | Make | Model | VIN # | Tag # | Tag Exp. | Mileage | Lien holder | Taxes Paid | Have Insurance Card | Status | status | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| down for not accelerating at Aiken | M96 - 21860 | 2006 | Ford | E350 | 1FDSS34P06HA04702 | CAL303 | Oct-21 | 329781 | Have Title - Filed | | Yes | | | $1,500.00 |
| Up at the Aiken station | M95 - 21861 | 2007 | Ford | E350 | 1FDSS36L07DA06208 | 2CAN73 | Nov-21 | 331939 | Have Title - Filed | | Yes | EZ876A/old tag | | $3,500.00 |
| transmission cola | M46 - 21845 | 2006 | Ford | E350 | 1FDSS34P06HA04702 | 14A63K | Oct-21 | 333591 | Have Title - Filed | Paid 10.30.2020 | Yes | | | $1,500.00 |
| water tank at Aiken | M47 - 21861 | 2007 | Chevy | Ambulance | 1G0HG29U77J129561 | JN8764 | Jan-22 | 315211 | Have Title - Filed | Paid 01.14.2021 | Yes | | | $10,000.00 |
| Up at the Aiken station | M41 - 21861 | 2013 | Metz | MXCA1 | W09FE7CDXD5933944 | JN8572 | Nov-21 | 181933 | Have Title - Filed | Paid 11.20.2020 | Yes | | | $10,000.00 |
| | Cola | | | | | | | | | | | | | |
| down for not being at Aiken | M70 - 21830 | 2013 | Metz | MXCA1 | W09FE7CDXD5933932 | | | | | | | | | |
| fuel system/ taken apart in cola | M72 - 21872 | 2014 | Metz | MXCA1 | W09FE7CD6E5933984 | KWG240 | Jan-22 | 165238 | Have Title - Filed | Paid 01.14.2021 | Yes | | | $10,000.00 |
| Up at the Cola Station | M73 - 21873 | 2014 | Metz | MXCA1 | W09FE7CD4E5939094 | KWG242 | Jan-22 | 170051 | Have Title - Filed | Paid 01.14.2021 | Yes | | | $10,000.00 |
| Up at the Aiken station | M74 - 21874 | 2014 | Metz | MXCA1 | W09FE7CD6E5933966 | TFG465 | Jan-22 | 115643 | Have Title - Filed | Paid 01.15.2021 | Yes | | | $10,000.00 |
| Up at the Aiken station | M75 - 21875 | 2014 | Metz | MXCA1 | W09FE7CDXE5933991 | TYY766 | Jan-22 | 315011 | ACS Waiting on Title from DMV | Paid 04.05.2021 | Yes | | | $10,000.00 |
| Up at the Aiken station | M76 - 21876 | 2015 | Metz | Sprinter | W09FE7CK1F5954521 | TYY728 | Apr-22 | 124266 | ACS Waiting on Title from DMV | Paid 04.06.2021 | Yes | | | $10,000.00 |
| Up at the Cola Station | M77 - 21877 | 2015 | Metz | N/A | W09FE7CK1F5954505 | LL3202 | Jul-21 | 154716 | Have Title - Filed | | | | | $10,000.00 |
| Up at the Cola Station | M78 - 21878 | 2015 | Metz | Ambulance | W09FE7CK1F5954618 | SHY218 | Jul-21 | | Have Title - Filed | Paid 07.30.2020 | | $426 | | $10,000.00 |
| needs to be inspected | M79 - 21879 | 2015 | Metz | N/A | W09FE7CK4F5954508 | | | | ACS Waiting on Title from DMV | | | S1X20S/old plate - 04/05/Old Tag, SHY218 | DMV NO MORE | $10,000.00 |
| needs to be inspected | M88 | 2022 | Ford | Econoline | 1FDSS34H68DA09486 | TYY743 | Apr-22 | | ACS Waiting on Title from DMV | Paid 04.06.2021 | | | | $1,500.00 |
| needs to be inspected | M87 | 2005 | Ford | Econoline | 1FDSS34H58DA06434 | TYY742 | Apr-22 | | ACS Waiting on Title from DMV | Paid 04.05.2021 | | | | $1,500.00 |
| needs to be inspected | M86 | 2008 | Ford | Econoline | 1FDSS34H36DA06294 | TYY489 | Apr-22 | | ACS Waiting on Title from DMV | Paid 04.05.2021 | | | | $1,500.00 |
| needs to be inspected | M85 | 2008 | Ford | E350 | 1FDSS34H67HB06157 | OSL235 | Dec-19 | | Have Title - Filed | | | | | $1,500.00 |
| transmission cola | M82 | 2011 | Chevy | F450 Super | 1FDUF5GTXBEA43079 | TNN765 | Dec-21 | 91334 | Have Title - Filed | | Yes | | | $10,000.00 |
| needs brakes in Cola | M83 | 2011 | Chevy | Express | 1GBNG5CGXB1101184 | TNN538 | Mar-22 | | Have Title - Filed | | Yes | | | $10,000.00 |
| needs to be inspected | M84 | 2013 | Chevy | Express | 1GAZG1FG3D1173153 | TYY464 | Mar-22 | | Have Title - Filed | | Yes | | | $10,000.00 |
| needs engine in Cola | M85 | 2012 | Ford | Econoline | 1FDXE1ES1DDA11317 | TYY750 | Jul-21 | | Have Title - Filed | | Yes | | | $1,500.00 |
| needs to be inspected | M87 | 2008 | Ford | Econoline | 1FDSS34P08DA36694 | TYY75 | Jul-21 | | Have Title - Filed | | Yes | | | $1,500.00 |
| | Cola | | | | | | | | | | | | | |
| | M90 | 1999 | Ford | Econoline van | 1FDSS34HXGHB42830 | TYY742 | Apr-22 | | ACS Waiting on Title from DMV | Paid 04.05.2021 | | | | $1,200.00 |
| | M99 | 2010 | Ford | Econoline E150 | 1FTNE1EWXADA51689 | SRT465 | Jul-21 | 273841 | Have Title - Filed | | | | | $1,227.00 |
| **Vehicles Not in Use** | UnVCode A | 2010 | Ford | Econoline E150 | 1FTNE1EW6ADA58466 | VN7925 | Jul-31 | 271964 | Have Title - Filed | | | | | $1,227.00 |
| | | | | | | | | | | | | | | $153,454.00 |
| Needs engine in Augusta | M2 - 21860 | 2006 | Ford | Econoline | 1FDSS34P06HA04681 | MGL7KC | Jul-21 | 330000 | Have Title - Filed | | Yes | FRC938 /old tag | | $500.00 |
| Needs engine in Cola | M44 - 21804 | 2008 | Ford | Ambulance | 1FDSS34P08DA40785 | 1AA202 | Nov-21 | 82022 | Have Title - Filed | | Yes | EZ876A/old tag | Turned Tag into DMV | $500.00 |
| needs engine in Cola | M12 - 21812 | 2008 | Ford | MXCA1 | W09FE7CD7CD5782631 | 1AA202 | May-21 | 344034 | Have Title - Filed | | Yes | EZ876A/old tag | Turned Tag into DMV | $500.00 |
| needs engine in Cola | M71 - 21813 | 2013 | Metz | MXCA1 | W09FE7CD8D5786117 | 1AA202 | Jan-21 | 282000 | Have Title - Filed | | Yes | scrap/maybe one day | | $500.00 |
| | M13 - 21814 | 2008 | Ford | E350 | 1FDWE35P08DA79777 | 8AA663 | Nov-18 | | Have Title - Filed | | | totaled | | $500.00 |
| needs engine in Use | M77 - 21877 | 2008 | Ford | Econoline E150 | W09FE7CD5F5954542 | ST296N | Jul-20 | 135000 | ACS Waiting on Title from DMV | Yes | | scrap/maybe one day | | $500.00 |
| | M14 - 21888 | 1999 | Ford | N/A | 1FTNE14W8YHA54608 | GUC94 | Nov-18 | | Have Title - Filed | | | brake down | | $500.00 |
| | M39 - 21889 | 2006 | Ford | E350 | 1FDSS34P36HA56606 | LL2300 | Jul-20 | 278100 | Have Title - Filed | | | brake down | | $500.00 |
| | M36 - 21808 | 2008 | Ford | E350 | 1FDSS34P36DA79006 | RVT229 | Aug-20 | | Have Title - Filed | | | scrap | | $500.00 |
| | M46 - 21840 | 2008 | Ford | E350 | 1FDWE35P08DA79007 | 005128 | Dec-19 | 309941 | Have Title - Filed | | | scrap | | $500.00 |
| water leak taken apart/parts missing cola | M96 - 21890 | 2007 | Chevy | Ambulance | 1GOHG29U77J190020 | ARX420 | Aug-21 | 374000 | Have Title - Filed | | Yes | | | $500.00 |
| | M54 - 21854 | 2009 | Metz | MXCA1 | W09FE7CD2D5782631 | 8AA663 | Nov-18 | 319221 | Have Title - Filed | | | scrap/maybe one day | | $500.00 |
| | M60 - 21860 | 2013 | Metz | MXCA1 | W09FE7CD0D5782821 | 8AA663 | Nov-18 | | Have Title - Filed | | | scrap/maybe one day | | $500.00 |
| | M77 - 21877 | 2008 | Ford | Econoline E150 | W09FE7CK5F5954542 | LL2300 | Jul-20 | | ACS Waiting on Title from DMV | | | | | $500.00 |
| | M18 - 21888 | 2015 | Metz | N/A | 1FTNE14W7GHA54608 | GUC94 | Nov-18 | | Have Title - Filed | | | brake down | | $500.00 |
| | M39 - 21889 | 2008 | Ford | E150 | 1FDSS34P08DA79006 | RVT229 | Aug-20 | | Have Title - Filed | | | scrap | | $500.00 |
| | M42 - 21840 | 2008 | Ford | E350 | 1FDSS34P08DA79007 | 005128 | Dec-19 | | Have Title - Filed | | | scrap | | $500.00 |
| **Cars not being used - as of 12/31/20** | UnVCode 59 | 2010 | Ford | Econoline E150 | 1FTNE1EW0ADA54407 | TYT625 | Jul-21 | 200955 | Title | | | GM297/OLD PLATE - Turned Tag into DMV | DMV NO MORE | $400.00 |
| Not coming back up | UnVCode 57 | 2008 | Ford | Econoline E150 | 1FTNE1EW0ADA58407 | RVT229 | Aug-21 | 251316 | Have Title - Filed | | | Turned Tag into DMV | DMV NO MORE | $400.00 |
| Not coming back up | UnVCode 61 | 2009 | Ford | Econoline E150 | 1FTNE1EW0ADA51866 | 223MX1 | Nov-21 | 246519 | Have Title - Filed | | | Turned Tag into DMV | DMV NO MORE | $400.00 |
| Not coming back up | UnVCode 61 | 2009 | Ford | Econoline E150 | 1FTNE1EW0ADA53255 | ST3524 | Jul-21 | 249001 | Have Title - Filed | | | Turned Tag into DMV | DMV NO MORE | $400.00 |
| Not coming back up | UnVCode 64 | 2010 | Ford | Econoline E150 | 1FTNE1EW0ADA53256 | 18A663 | | | Title | | Paid 11.20.2020 | DMV NO MORE | ors | $400.00 |
| Not coming back up | UnVCode 62 | 2013 | Chevy | Econoline E150 | 1FTNE1EW9DDB37224 | 18M411 | 11/1/2019 | | Title | | | ors. Lease complete | ors | $400.00 |
| Not coming back up | UnVCode 63 | 2008 | Ford | Econoline E150 | 1FTNE1EW0ADA59001 | 18M44 | Nov-20 | 249001 | Have Title - Filed | | | ors. Lease complete | ors | $400.00 |
| Not coming back up | UnVCode 67 | 2011 | Ford | Econoline E150 | 1FTNE1EW7BDB11764 | HN8411 | Sep-19 | 221400 | Have Title - Filed | | | ors. Lease complete | ors | $400.00 |
| | | | | | | | | | | | | | | $3,900.00 |

**Fill in this information to identify the case:**

Debtor name ___ Regional Ambulance Service, Inc.

United States Bankruptcy Court for the: ___ District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Department of The Treasury, IRS

**Describe debtor's property that is subject to a lien**
Cash, Accounts Receivable, Medical Supplies, Desks, file cabinets, miscellaneous, Storage Shed, 46 Ipads, 29 phones, printers, See Attached list, regionalambulanceservice.com, Cashier's check (held in safe)

$ 1,635,934.33        $ 1,144,792.72

**Creditor's mailing address**
Centralized Insolvency  Operation
P.O. Box 7346, Philadelphia, PA 19101

**Creditor's email address, if known**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   2009, 2010, 20
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
US Small Business Administration

**Describe debtor's property that is subject to a lien**
All Assets

$150,000.00        $0.00

**Creditor's mailing address**
2 North 20th Street, Suite 320
Birmingham, AL 35203

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 1,785,934.33

Debtor   Regional Ambulance Service, Inc.
_____
         Name

Case number (if known)_____

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Darrin Moyer<br>919 Riverbound Court<br>Evans, GA, 30809 | Line 2. 1 | _____ |
| SBA Office of Disaster Assistance<br>408 3rd Street, SW<br>Washington, DC, 20416 | Line 2. 2 | _____ |
| US Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, NE, Suite 900<br>Atlanta, GA, 30326-1382 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Regional Ambulance Service, Inc. _____

United States Bankruptcy Court for the:  District of South Carolina _____

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
A'Laya Nobles
483 Outing Club Road
Aiken, SC, 29801

**As of the petition filing date, the claim is:** $ 295.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Priority amount** $ 295.60

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** **Priority creditor's name and mailing address**
Akeil Hagin
106 Edrie Oaks Circle
Aiken, SC, 29801

**As of the petition filing date, the claim is:** $ 714.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 714.07

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** **Priority creditor's name and mailing address**
Albert Maurice
145 Albert Road
West Columbia, SC, 29172

**As of the petition filing date, the claim is:** $ 455.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 455.30

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor    Regional Ambulance Service, Inc.
         Name                                                    Case number *(if known)*

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4  Priority creditor's name and mailing address**
Amanda Johnson
2024 Lorraine Drive Southwest
Aiken, SC, 29801

$ 673.08    $ 673.08

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5  Priority creditor's name and mailing address**
Amanda Neese
24 Country Meadow Lane
Lexington, SC, 29073

$ 386.20    $ 386.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6  Priority creditor's name and mailing address**
Amy Moyer
919 Riverbound Court
Evans, GA, 30809

$ 237.50    $ 237.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7  Priority creditor's name and mailing address**
April R. Taylor
483 Outing Club Road
Aiken, SC, 29801

$ 393.16    $ 393.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* |
| | Name | |

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2. 8** Priority creditor's name and mailing address

Brandon Ziglar
1007 Frances Street
North Augusta, SC, 29841

$ 760.19    $ 760.19

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2. 9** Priority creditor's name and mailing address

Brian C. Williams
2184 Winding Trail Road
Graniteville, SC, 29829

$ 454.87    $ 454.87

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2. 10** Priority creditor's name and mailing address

Briana E. Fallon
4021 Percival Road
Apt. 1833
Columbia, SC, 29229

$ 334.08    $ 334.08

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2. 11** Priority creditor's name and mailing address

Cassandra R. Dunbar
301 Huber Clay Road
Warrenville, SC, 29851

$ 473.14    $ 473.14

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Regional Ambulance Service, Inc.** _____      Case number *(if known)* _____
    Name

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.12**   **Priority creditor's name and mailing address**
Catherine Kaylor
2007 Canada Drive
Augusta, GA, 30906

      $ 405.52       $ 405.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.13**   **Priority creditor's name and mailing address**
Christopher Burgess
2353 Camelia Street
Cayce, SC, 29033

      $ 841.72       $ 841.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.14**   **Priority creditor's name and mailing address**
Dallas J. Brown
83 Boyd Drive
Graniteville, SC, 29829

      $ 343.88       $ 343.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.15**   **Priority creditor's name and mailing address**
Darrell S. Satcher
202 Wildwood Drive
North Augusta, SC, 29841

      $ 96.25       $ 96.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor ___Regional Ambulance Service, Inc._____    Case number _(if known)_____
      Name

| Part 1. | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|

**2.16**   **Priority creditor's name and mailing address**
Darrin K. Moyer
919 Riverbound Court
Evans, GA, 30809

$ 2,307.69     $ 2,307.69

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17**   **Priority creditor's name and mailing address**
Daryl Leto
379 Redds Branch Road
Aiken, SC, 29801

$ 304.52     $ 304.52

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.18**   **Priority creditor's name and mailing address**
Dwight B. Pixley
144 Denise Court
Aiken, SC, 29801

$ 613.13     $ 613.13

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.19**   **Priority creditor's name and mailing address**
Eddie E. White
332 Southbrook Drive
Lexington, SC, 29073

$ 1,057.69     $ 1,057.69

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Regional Ambulance Service, Inc.
Name

Case number *(if known)*

## Part 1. | Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.20** Priority creditor's name and mailing address
Elizabeth Klein
401 Wannamaker Street
Orangeburg, SC, 29115

$ 1,401.94    $ 1,401.94

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

**2.21** Priority creditor's name and mailing address
Emanuel Mixon
3421 Winesap Way

Augusta, GA, 30906

$ 362.02    $ 362.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

**2.22** Priority creditor's name and mailing address
Erica R. Zamora
332 Southbrook Drive
Lexington, SC, 29073

$ 865.39    $ 865.39

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

**2.23** Priority creditor's name and mailing address
Fedirra R. Bryant
1914 Alan Avenue
Aiken, SC, 29801

$ 432.41    $ 432.41

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_4_)**

---

Debtor  Regional Ambulance Service, Inc.
        Name

        Case number *(if known)*

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 24  Priority creditor's name and mailing address**
George Rivers
110 Joe Paul Drive
Cordova, SC, 29039

Total claim: $ 890.96
Priority amount: $ 890.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 25  Priority creditor's name and mailing address**
Harrison E. Greene
201 Woodgate Drive
Columbia, SC, 29223

Total claim: $ 167.79
Priority amount: $ 167.79

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 26  Priority creditor's name and mailing address**
Harrison Arline
111 Sabal Drive
Aiken, SC, 29803

Total claim: $ 793.30
Priority amount: $ 793.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 27  Priority creditor's name and mailing address**
Heather M. Durham
420 E. Wise Street
Trenton, SC, 29847

Total claim: $ 769.23
Priority amount: $ 769.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28  Priority creditor's name and mailing address**

Jacqueline Brenes
214 Oakwood Drive
Aiken, SC, 29801

$ 784.84          $ 784.84

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.29  Priority creditor's name and mailing address**

Jazmyn Couvillon
133 Bradleyville Road
North Augusta, SC, 29841

$ 189.79          $ 189.79

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.30  Priority creditor's name and mailing address**

Jeffrey Kyle Foster
174 Spring Oak Lane
North Augusta, SC, 29841

$ 1,153.85          $ 1,153.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.31  Priority creditor's name and mailing address**

Jose Mendoza
1723 Colleton Avenue
Aiken, SC, 29801

$ 570.60          $ 570.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor _____Regional Ambulance Service, Inc._____   Case number _(if known)_____
                Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

---

**2.32** Priority creditor's name and mailing address
Kara L. Jolly
5234 Platt Springs Road
Lot 2
Lexington, SC, 29073

$ 415.20        $ 415.20

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.33** Priority creditor's name and mailing address
Kordisha Mayers
4932 Barrington Drive
Columbia, SC, 29203

$ 25.16        $ 25.16

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.34** Priority creditor's name and mailing address
Lee Yvette McGraw
530 Chisolm Way
Lexington, SC, 29073

$ 218.50        $ 218.50

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.35** Priority creditor's name and mailing address
Michael Close
776 W. Martintown Road
North Augusta, SC, 29841

$ 587.20        $ 587.20

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor _____Regional Ambulance Service, Inc._____    Case number _(if known)_____
           Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.36**  Priority creditor's name and mailing address    $220.00    $220.00
Nicholas Jackson
633 Rawl Street
Columbia, SC, 29203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.37**  Priority creditor's name and mailing address    $389.59    $389.59
Odel D. Pearson
401 Wanna Maker Street
Orangeburg, SC, 29115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.38**  Priority creditor's name and mailing address    $257.95    $257.95
Robert Metz
309 Gemstone Court
Lexington, SC, 29072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.39**  Priority creditor's name and mailing address    $99.15    $99.15
Robin Armstrong
1253 Basin Rock Lane
Lexington, SC, 29073

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor  Regional Ambulance Service, Inc.
        Name

Case number *(if known)*

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.40  Priority creditor's name and mailing address**
SC Department of Revenue
P.O. Box 12265
Columbia, SC, 29211-9079

$ 62,956.69          $ 62,956.69

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.41  Priority creditor's name and mailing address**
Sarah A. Harding
32 Hampton Drive
Warrenville, SC, 29851

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.42  Priority creditor's name and mailing address**
Shannon R. Williamson
295 Baylor Drive
Graniteville, SC, 29829

$ 345.93          $ 345.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.43  Priority creditor's name and mailing address**
Stephen Anglin, III
5012 Serendipity Court
Aiken, SC, 29803

$ 540.65          $ 540.65

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor _____
          Regional Ambulance Service, Inc.
          Name

Case number _(if known)_ _____

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.**<sup>44</sup> **Priority creditor's name and mailing address**
Steve W. Shillinglaw
1998 Windrose Way
Myrtle Beach, SC, 29577

Total claim $ 138.46    Priority amount $ 138.46

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.**<sup>45</sup> **Priority creditor's name and mailing address**
Sydney Elkins
130 Adler Road
West Columbia, SC, 29170

Total claim $ 401.25    Priority amount $ 401.25

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.**<sup>46</sup> **Priority creditor's name and mailing address**
Tabitha L. Perkins
1915 Old Barnwell Road
Lexington, SC, 29073

Total claim $ 213.64    Priority amount $ 213.64

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.**<sup>47</sup> **Priority creditor's name and mailing address**
Tiara Jenkins
122 Springwood Loop
Warrenville, SC, 29851

Total claim $ 535.13    Priority amount $ 535.13

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 48** **Priority creditor's name and mailing address**
Tracy L. Winters
509 Polo Drive
Aiken, SC, 29801

$ 391.25    $ 391.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 49** **Priority creditor's name and mailing address**
Trevor Starnes
76 Edwards Drive
North Augusta, SC, 29860

$ 463.52    $ 463.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 50** **Priority creditor's name and mailing address**
Veronica D. Weston
305 Holt Street

Eastover, SC, 29044

$ 1,065.25    $ 1,065.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 51** **Priority creditor's name and mailing address**
Zenobia T. Darby
50 Dallas Circle
Aiken, SC, 29801

$ 416.13    $ 416.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor  Regional Ambulance Service, Inc.                    Case number *(if known)*_____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Ace American Insurance Co.
Lockbox #6907
P.O. Box 8500
Philadelphia, PA, 19178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ADP
P.O. Box 12513
1851 N. Resler Drive
El Paso, TX, 79912

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
AFC Greer
Attn:  Anna Cardona
1467 Woodruff Road, Suite C
Greenville, SC, 29607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,932.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Aiken County EMS
1930 University Parkway, Suite 3200
Warrenville, SC, 29851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 200.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Aiken Regional Medical Centers
Attn:  Darren Waters, FBO Bus. & Ind. Dev.
440 Society Hill Drive, Suite 204
Aiken, SC, 29803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,604.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Air Gas
P.O. Box 734672
Dallas, TX, 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____    Case number _(if known)_ _____

_Regional Ambulance Service, Inc._

Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.7**  **Nonpriority creditor's name and mailing address**

All Star Towing
3500 Fernandina Road, Apt. E-3
Columbia, SC, 29210

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,116.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.8**  **Nonpriority creditor's name and mailing address**

Angelica
P.O. Box 532268
Atlanta, GA, 30353-2268

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,676.33

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.9**  **Nonpriority creditor's name and mailing address**

Augusta Data Storage
3122 Mike Padgett Highway
Augusta, GA, 30906

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.10**  **Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield  of SC
4101 Percival Road
Columbia, SC, 29219-8320

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.65

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.11**  **Nonpriority creditor's name and mailing address**

Bon Secours Ambulatory Service
St. Fran
1467 Woodruff Road, Suite C
Greenville, SC, 29607

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 934.41

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Regional Ambulance Service, Inc.
         Name

                                                          Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**  Nonpriority creditor's name and mailing address

Companion Life
P.O. Box 100102
Columbia, SC, 29202-3102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 306.30

---

**3.13**  Nonpriority creditor's name and mailing address

Connector 2000 Association
P.O. Box 408
Piedmont, SC, 29673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 11.75

---

**3.14**  Nonpriority creditor's name and mailing address

CSRA Paper & Janitorial Supply
2002 Gordon Highway
Augusta, GA, 30909

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,343.22

---

**3.15**  Nonpriority creditor's name and mailing address

Deltacom, n/k/a Windstream Enterprise
P.O. Box 2252
Birmingham, AL, 35246-1058

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.16**  Nonpriority creditor's name and mailing address

Dept. of Public Utilities
P.O. Box 1057
Orangeburg, SC, 29116-1057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 447.11

---

Debtor  Regional Ambulance Service, Inc.

Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Doctors Care
P.O. Box 63418
Charlotte, NC, 28263-3418

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 306.71

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.18  Nonpriority creditor's name and mailing address**

EDTS, n/k/a Corsica Technologies
1721 Goodrich Street
Augusta, GA, 30904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,311.65

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.19  Nonpriority creditor's name and mailing address**

Fisher & Phillips, LLP
1320 Main Street, Suite 750
Columbia, SC, 29201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,710.47

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.20  Nonpriority creditor's name and mailing address**

Fuelman
P.O. Box 70887
Charlotte, NC, 28272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.21  Nonpriority creditor's name and mailing address**

Fulcher Hagler, LLP
Attn:  Scott Lewis
One 10th Street, Suite 700
Augusta, GA, 30901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,235.71

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Regional Ambulance Service, Inc.
          Name

Case number *(if known)*

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22** Nonpriority creditor's name and mailing address

Gray's Auto & Tire
3702 Bamberg Road
Orangeburg, SC, 29115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 510.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Hamilton  McKinney & Moss
10120 Two Notch Road
Suite 2, #402
Columbia, SC, 29223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 25,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Jiffy Lube
P.O. Box 211042
Martinez, GA, 30917

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 158.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Keyrisk
P.O. Box 18746
Greensboro, NC, 27419

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,650.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Levi, Wittenburg, Harriet, Hoeffer
P.O. Drawer 730
Sumter, SC, 29151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Regional Ambulance Service, Inc.
          Name

          Case number (if known)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27**  **Nonpriority creditor's name and mailing address**

Lexington Medical Center
Attn: Nancy Sells
P.O. Box 2210
Lexington, SC, 29071-2210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 458.00

---

**3.28**  **Nonpriority creditor's name and mailing address**

Mail Finance
25881 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,950.24

---

**3.29**  **Nonpriority creditor's name and mailing address**

McCarthy, Reynolds & Penn, LLC
1517 Laurel Street
P.O. Box 11332
Columbia, SC, 29211-1332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,635.66

---

**3.30**  **Nonpriority creditor's name and mailing address**

Med Care Columbia
P.O. Box 415000
Nashville, TN, 37241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,144.75

---

**3.31**  **Nonpriority creditor's name and mailing address**

Midlands Exams & Drug Screening
3020 Sunset Blvd., Suite 102
West Columbia, SC, 29169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,223.00

---

Debtor ___Regional Ambulance Service, Inc._____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address

Midlands Technical College
P.O. Box 2408
Columbia, SC, 29202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,567.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

NACM Southwest
751 Plaza Blvd.
Coppell, TX, 75019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 153.13

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address

O'Reilly Auto Parts
1012 Gregg Highway NW

Aiken, SC, 29801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 155.88

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address

Pollock
1711 Central Avenue
Augusta, GA, 30904

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,966.16

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address

Quadient Leasing USA, Inc.
Dept. 3682
P.O. Box 123682
Dallas, TX, 75312-3682

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,985.54

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____
          Regional Ambulance Service, Inc.
          Name

Case number _(if known)_ _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 37  **Nonpriority creditor's name and mailing address**

Schroeder's Towing
3512 Bush River Road
Columbia, SC, 29210

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,521.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Southern Anesthesia Surgical, Inc.
One Southern Court
West Columbia, SC, 29169

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 483.76

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 39  **Nonpriority creditor's name and mailing address**

Stamps.com
1990 East Grand Avenue
El Segundo, CA, 90245

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Stevens Towing
2307 Airport Road
Greer, SC, 29650

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 272.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 41  **Nonpriority creditor's name and mailing address**

The Hartford Sentinel Insurance Co.
P.O. Box 660916

Dallas, TX, 75266-0916

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 198.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Regional Ambulance Service, Inc.
        Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

UMG Prompt Care
925 Branch Court
Grovetown, GA, 30813

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 512.00

---

**3.43** **Nonpriority creditor's name and mailing address**

University Occupational Health Center
3121 Peach Orchard Road, Suite 201
Augusta, GA, 30906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 247.00

---

**3.44** **Nonpriority creditor's name and mailing address**

Uppro
Attn:  Dan Choi
25 Broadway, 9th Floor
New York, NJ, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 10,390.85

---

**3.45** **Nonpriority creditor's name and mailing address**

Urgent Care Group, LLC
P.O. Box 415000
Nashville, TN, 37241-8091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 52.50

---

**3.46** **Nonpriority creditor's name and mailing address**

US Bank Equipment Finance
P.O. Box 790448
St Louis, MO, 63179-0448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 638.64

---

Debtor  Regional Ambulance Service, Inc.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 47  **Nonpriority creditor's name and mailing address**

US Standard Products
P.O. Box 5509
Englewood, NJ, 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 237.56

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Verizon
P.O. Box 660108
Dallas, TX, 75266-0108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 466.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Wells Fargo
1739 Whiskey Road
Aiken, SC, 29803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PPP - first

$ 420,059.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50  **Nonpriority creditor's name and mailing address**

Wells Fargo
1797 Whiskey Road
Aiken, SC, 29803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PPP - second

$ 340,877.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51  **Nonpriority creditor's name and mailing address**

Wingard Towing
1809 Augusta Road
West Columbia, SC, 29169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 387.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 23 of 26

Debtor  Regional Ambulance Service, Inc.
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 52  **Nonpriority creditor's name and mailing address**

Worker's Compensation RX Solutions
14301 N. 87th Street
Scottsdale, AZ, 85260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55.21

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 53  **Nonpriority creditor's name and mailing address**

Zurich North America
P.O. Box 464
Carol Stream, IL, 60197-4664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81,797.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Regional Ambulance Service, Inc.
        Name

Case number _(if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.**  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | AFC Urgent Care<br>P.O. Box 743652<br>Atlanta, GA, 30374-3652 | Line 3.3<br>☐ Not listed. Explain: | _____ |
| 4.2. | Allen, Maxwell & Silver<br>P.O. Box 540<br>Fair Lawn, NJ, 07410 | Line 3.36<br>☐ Not listed. Explain | _____ |
| 4.3. | Craig H. Allen, Esq.<br>Craig H. Allen, PA<br>P.O. Box 10854<br>Greenville, SC, 29603 | Line 3.36<br>☐ Not listed. Explain | _____ |
| 4.4. | SC Dept. of Employment and Workforce<br>1550 Gadsden Street<br>P.O. Box 8597<br>Columbia, SC, 29202 | Line 2.40<br>☐ Not listed. Explain | _____ |
| 4.1. | South Carolina Health Care Association<br>176 Laurelhurst Avenue<br>Columbia, SC, 29210 | Line 3.23<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    Regional Ambulance Service, Inc.
            Name

Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 89,210.36 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 1,014,003.37 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,103,213.73 |

**Fill in this information to identify the case:**

Debtor name _Regional Ambulance Service, Inc._

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____   Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Oxygen<br><br>State the term remaining<br><br>List the contract number of any government contract | Air Gas<br>1221 New Savannah Road<br>Augusta, GA, 30901 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — Columbia Landlord<br><br>State the term remaining<br><br>List the contract number of any government contract | Henry Abeyta<br>159 North Wrennwood<br>Lexington, SC, 29073 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest — Aiken Maintenance Landlord<br><br>State the term remaining<br><br>List the contract number of any government contract | John Adams<br>519 Augusta Road<br>Warrenville, SC, 29851 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest — EMS Aiken Landlord<br><br>State the term remaining<br><br>List the contract number of any government contract | Piedmont Planning, LLC<br>1089 Augusta Road<br>Warrenville, SC, 29851 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest — 1 Stamp Machine<br><br>State the term remaining<br><br>List the contract number of any government contract | Mail Finance/Neopost USA, Inc.<br>478 Wheelers Farm Road<br>Milford, CT, 06461 |

Debtor    Regional Ambulance Service, Inc.
_____          Case number (*if known*)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**6** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | 3 Copiers<br><br>Pollock<br>1711 Central Avenue<br>Augusta, GA, 30904 |
| 2.**7** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | 1 Trash Container<br><br>Zters, Inc.<br>13727 Office Park Drive<br>Houston, TX, 77070 |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |

---

**Fill in this information to identify the case:**

Debtor name ___Regional Ambulance Service, Inc.___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Darrin Moyer | Darrin Moyer<br>1089 Augusta Road<br>Warrenville, SC 29851 | SC Department of Revenu | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name _____Regional Ambulance Service, Inc._____

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 <br> MM / DD / YYYY to Filing date | ☑ Operating a business <br> ☐ Other | $ 573,904.31 |
| **For prior year:** | From 01/01/2020 <br> MM / DD / YYYY to 12/31/2020 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 3,154,853.50 |
| **For the year before that:** | From 01/01/2019 <br> MM / DD / YYYY to 12/31/2019 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 3,737,267.83 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 <br> MM / DD / YYYY to Filing date | PPP Loan | $ 340,877.00 |
| **For prior year:** | From 01/01/2020 <br> MM / DD / YYYY to 12/31/2020 <br> MM / DD / YYYY | PPP, Covid Stimulus | $ 561,096.00 |
| **For the year before that:** | From 01/01/2019 <br> MM / DD / YYYY to 12/31/2019 <br> MM / DD / YYYY | | $ 0.00 |

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Fuelman<br>Creditor's name<br>P.O. Box 70887<br>Charlotte, NC 28272 | 3/1/21; 3/15/21<br><br>2/1/2021; 2/15/21<br><br>3/29/21 | $ 29,840.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | ADP<br>Creditor's name<br>P.O. Box 12513<br>1851 N. Resler Drive<br>El Paso, TX 79912 | 1/29/21; 2/11/21<br><br>2/26/21; 3/12/21<br><br>3/26/21; 4/9/21 | $ 96,157.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ _____ | |

| Debtor | Regional Ambulance Service, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Quadient Leasing USA, Inc. v. Regional Ambulance Service, Inc. | | Court of Common Pleas Aiken County | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 2021CP-0200613 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |

---

Debtor  Regional Ambulance Service, Inc.
_____    Case number *(if known)*_____
       Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
|      Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
|      Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Barton Brimm, PA | $20,000.00 retainer; $1,738.00 filing fee; $9,745.80 applied to 3/31/21 billing; $9,870.00 applied to 4/12/21 billing; balance of retainer remaining $2,122.20 | 3/18/21 & 3/19/2 | $ 20,000.00 |
| | **Address** | | | |
| | P.O. Box 14805 Myrtle Beach, SC 29587 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

<div style="background:black;color:white;">**Part 7:**</div> **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 608 Broughton Street<br>Orangeburg, SC 29115 | From 11/1/2007 | To 07/01/2019 |
| 14.2. | | From _____ | To _____ |

Debtor    Regional Ambulance Service, Inc.
_____
Name

Case number (if known)_____

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Regional Ambulance Services<br>Facility name | Ambulance and Wheelchair Transportation | _____ |
| | 1089 Augusta Road<br>Suite 300<br>Warrenville, SC 29851 | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☑ Electronically<br>☑ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Medical history, social security numbers, insurance information, date of bi

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Regional Ambulance Service, Inc.
          _____     Case number (if known)_____
          Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>_____ Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>_____ Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) |
|--------|----------------------------------|-------------------------|
|        | Name                             |                         |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
|                          |                          |                             | $_____ |
| Name                     |                          |                             |       |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ☐ Pending |
| Case number | Name                            |                    | ☐ On appeal |
|            |                                  |                    | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name                  | Name                                |                              | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Regional Ambulance Service, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____ <br> **Dates business existed** <br> From _____    To _____ |
| 25.2. | Name | | EIN: _____ <br> **Dates business existed** <br> From _____    To _____ |
| 25.3. | Name | | EIN: _____ <br> **Dates business existed** <br> From _____    To _____ |

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Jacqueline Brenes<br>Name<br>214 Oakwood Drive, Aiken, SC  29801 | From 08/01/2020<br>To 03/19/2021 |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Amanda Johnson<br>Name<br>2024 Loraine Street, Aiken, SC  29803 | From 11/01/2017<br>To 09/01/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name | From _____<br>To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Darrin Moyer<br>Name<br>1089 Augusta Road, Suite 300, Warrenville, SC  29851 | |

Debtor    Regional Ambulance Service, Inc.
_____        Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | Regional Ambulance Service, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darren Moyer | 919 River Bound Court, Evans, GA 30809 | President/Shareholder | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Darrin Moyer<br>Name<br>919 River Bound Court<br>Evans, GA 30809-4902 | 129,230.64 | 3/1/2020<br><br>3/22/2021 | Salary |
| Relationship to debtor<br>_____ | | | |

Debtor    Regional Ambulance Service, Inc.
_____    Case number *(if known)*_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 _____ | | _____ |
| Name | | |
| | | _____ |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:        Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/12/2021
               _____
               MM  / DD  / YYYY

✖ /s/ Darrin Moyer                                  Printed name  Darrin Moyer
_____                              _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President
                                    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

Fill in this information to identify the case and this filing:

Debtor Name ____Regional Ambulance Service, Inc._____

United States Bankruptcy Court for the: __District of South Carolina____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/12/2021__          ✘ /s/ Darrin Moyer_____
                MM / DD / YYYY                Signature of individual signing on behalf of debtor

                          Darrin Moyer_____
                          Printed name

                          President_____
                          Position or relationship to debtor

United States Bankruptcy Court

District of South Carolina

In re:  Regional Ambulance Service, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/12/2021_____

/s/ Darrin Moyer
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

A'Laya Nobles
483 Outing Club Road
Aiken, SC 29801

Ace American Insurance Co.
Lockbox #6907
P.O. Box 8500
Philadelphia, PA 19178

ADP
P.O. Box 12513
1851 N. Resler Drive
El Paso, TX 79912

AFC Greer
Attn: Anna Cardona
1467 Woodruff Road, Suite C
Greenville, SC 29607

AFC Urgent Care
P.O. Box 743652
Atlanta, GA 30374-3652

Aiken County EMS
1930 University Parkway, Suite 3200
Warrenville, SC 29851

Aiken Regional Medical Centers
Attn: Darren Waters, FBO Bus. & Ind. De
440 Society Hill Drive, Suite 204
Aiken, SC 29803

Air Gas
P.O. Box 734672
Dallas, TX 75373

Air Gas
1221 New Savannah Road
Augusta, GA 30901

Akeil Hagin
106 Edrie Oaks Circle
Aiken, SC 29801

Albert Maurice
145 Albert Road
West Columbia, SC 29172

All Star Towing
3500 Fernandina Road, Apt. E-3
Columbia, SC 29210

Allen, Maxwell & Silver
P.O. Box 540
Fair Lawn, NJ 07410

Amanda Johnson
2024 Lorraine Drive Southwest
Aiken, SC 29801

Amanda Neese
24 Country Meadow Lane
Lexington, SC 29073

Amy Moyer
919 Riverbound Court
Evans, GA 30809

Angelica
P.O. Box 532268
Atlanta, GA 30353-2268

April R. Taylor
483 Outing Club Road
Aiken, SC 29801

Augusta Data Storage
3122 Mike Padgett Highway
Augusta, GA 30906

Blue Cross Blue Shield of SC
4101 Percival Road
Columbia, SC 29219-8320

Bon Secours Ambulatory Service
St. Fran
1467 Woodruff Road, Suite C
Greenville, SC 29607

Brandon Ziglar
1007 Frances Street
North Augusta, SC 29841

Brian C. Williams
2184 Winding Trail Road
Graniteville, SC 29829

Briana E. Fallon
4021 Percival Road
Apt. 1833
Columbia, SC 29229

Cassandra R. Dunbar
301 Huber Clay Road
Warrenville, SC 29851

Catherine Kaylor
2007 Canada Drive
Augusta, GA 30906

Christopher Burgess
2353 Camelia Street
Cayce, SC 29033

Companion Life
P.O. Box 100102
Columbia, SC 29202-3102

Connector 2000 Association
P.O. Box 408
Piedmont, SC 29673

Craig H. Allen, Esq.
Craig H. Allen, PA
P.O. Box 10854
Greenville, SC 29603

CSRA Paper & Janitorial Supply
2002 Gordon Highway
Augusta, GA 30909

Dallas J.  Brown
83 Boyd Drive
Graniteville, SC 29829

Darrell S. Satcher
202 Wildwood Drive
North Augusta, SC 29841

Darrin K. Moyer
919 Riverbound Court
Evans, GA 30809

Darrin Moyer
919 Riverbound Court
Evans, GA 30809

Darrin Moyer
1089 Augusta Road
Warrenville, SC 29851

Daryl Leto
379 Redds Branch Road
Aiken, SC 29801

Deltacom, n/k/a Windstream Enterprise
P.O. Box 2252
Birmingham, AL 35246-1058

Department of The Treasury, IRS
Centralized Insolvency  Operation
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Public Utilities
P.O. Box 1057
Orangeburg, SC 29116-1057

Doctors Care
P.O. Box 63418
Charlotte, NC 28263-3418

Dwight B. Pixley
144 Denise Court
Aiken, SC 29801

Eddie E. White
332 Southbrook Drive
Lexington, SC 29073

EDTS, n/k/a Corsica Technologies
1721 Goodrich Street
Augusta, GA 30904

Elizabeth Klein
401 Wannamaker Street
Orangeburg, SC 29115

Emanuel Mixon
3421 Winesap Way
Augusta, GA 30906

Erica R. Zamora
332 Southbrook Drive
Lexington, SC 29073

Fedirra R. Bryant
1914 Alan Avenue
Aiken, SC 29801

Fisher & Phillips, LLP
1320 Main Street, Suite 750
Columbia, SC 29201

Fuelman
P.O. Box 70887
Charlotte, NC 28272

Fulcher Hagler, LLP
Attn:  Scott Lewis
One 10th Street, Suite 700
Augusta, GA 30901

George Rivers
110 Joe Paul Drive
Cordova, SC 29039

Gray's Auto & Tire
3702 Bamberg Road
Orangeburg, SC 29115

Hamilton  McKinney & Moss
10120 Two Notch Road
Suite 2, #402
Columbia, SC 29223

Hannah E. Greene
201 Woodgate Drive
Columbia, SC 29223

Harrison Arline
111 Sabal Drive
Aiken, SC 29803

Heather M. Durham
420 E. Wise Street
Trenton, SC 29847

Henry Abeyta
159 North Wrennwood
Lexington, SC 29073

Jacqueline Brenes
214 Oakwood Drive
Aiken, SC 29801

Jazmyn Couvillon
133 Bradleyville Road
North Augusta, SC 29841

Jeffrey Kyle Foster
174 Spring Oak Lane
North Augusta, SC 29841

Jiffy Lube
P.O. Box 211042
Martinez, GA 30917

John Adams
519 Augusta Road
Warrenville, SC 29851

Jose Mendoza
1723 Colleton Avenue
Aiken, SC 29801

Kara L. Jolly
5234 Platt Springs Road
Lot 2
Lexington, SC 29073

Keyrisk
P.O. Box 18746
Greensboro, NC 27419

Kordisha Mayers
4932 Barrington Drive
Columbia, SC 29203

Lee Yvette McGraw
530 Chisolm Way
Lexington, SC 29073

Levi, Wittenburg, Harriet, Hoeffer
P.O. Drawer 730
Sumter, SC 29151

Lexington Medical Center
Attn:  Nancy Sells
P.O. Box 2210
Lexington, SC 29071-2210

Mail Finance
25881 Network Place
Chicago, IL 60673

Mail Finance/Neopost USA, Inc.
478 Wheelers Farm Road
Milford, CT 06461

McCarthy, Reynolds & Penn, LLC
1517 Laurel Street
P.O. Box 11332
Columbia, SC 29211-1332

Med Care Columbia
P.O. Box 415000
Nashville, TN 37241

Michael Close
776 W. Martintown Road
North Augusta, SC 29841

Midlands Exams & Drug Screening
3020 Sunset Blvd., Suite 102
West Columbia, SC 29169

Midlands Technical College
P.O. Box 2408
Columbia, SC 29202

NACM Southwest
751 Plaza Blvd.
Coppell, TX 75019

Nicholas Jackson
633 Rawl Street
Columbia, SC 29203

O'Reilly Auto Parts
1012 Gregg Highway NW
Aiken, SC 29801

Odel D. Pearson
401 Wanna Maker Street
Orangeburg, SC 29115

Piedmont Planning, LLC
1089 Augusta Road
Warrenville, SC 29851

Pollock
1711 Central Avenue
Augusta, GA 30904

Quadient Leasing USA, Inc.
Dept. 3682
P.O. Box 123682
Dallas, TX 75312-3682

Robert Metz
309 Gemstone Court
Lexington, SC 29072

Robin Armstrong
1253 Basin Rock Lane
Lexington, SC 29073

Sarah A. Harding
32 Hampton Drive
Warrenville, SC 29851

SBA Office of Disaster Assistance
408 3rd Street, SW
Washington, DC 20416

SC Department of Revenue
P.O. Box 12265
Columbia, SC 29211-9079

SC Dept. of Employment and Workforce
1550 Gadsden Street
P.O. Box 8597
Columbia, SC 29202

Schroeder's Towing
3512 Bush River Road
Columbia, SC 29210

Shannon R. Williamson
295 Baylor Drive
Graniteville, SC 29829

South Carolina Health Care Association
176 Laurelhurst Avenue
Columbia, SC 29210

Southern Anesthesia Surgical, Inc.
One Southern Court
West Columbia, SC 29169

Stamps.com
1990 East Grand Avenue
El Segundo, CA 90245

Stephen Anglin, III
5012 Serendipity Court
Aiken, SC 29803

Steve W. Shillinglaw
1998 Windrose Way
Myrtle Beach, SC 29577

Stevens Towing
2307 Airport Road
Greer, SC 29650

Sydney Elkins
130 Adler Road
West Columbia, SC 29170

Tabitha L. Perkins
1915 Old Barnwell Road
Lexington, SC 29073

The Hartford Sentinel Insurance Co.
P.O. Box 660916
Dallas, TX 75266-0916

Tiara Jenkins
122 Springwood Loop
Warrenville, SC 29851

Tracy L. Winters
509 Polo Drive
Aiken, SC 29801

Trevor Starnes
76 Edwards Drive
North Augusta, SC 29860

UMG Prompt Care
925 Branch Court
Grovetown, GA 30813

University Occupational Health Center
3121 Peach Orchard Road, Suite 201
Augusta, GA 30906

Uppro
Attn:  Dan Choi
25 Broadway, 9th Floor
New York, NJ 10004

Urgent Care Group, LLC
P.O. Box 415000
Nashville, TN 37241-8091

US Bank Equipment Finance
P.O. Box 790448
St Louis, MO 63179-0448

US Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

US Standard Products
P.O. Box 5509
Englewood, NJ 07631

Verizon
P.O. Box 660108
Dallas, TX 75226-0108

Veronica D. Weston
305 Holt Street
Eastover, SC 29044

Wells Fargo
1739 Whiskey Road
Aiken, SC 29803

Wells Fargo
1797 Whiskey Road
Aiken, SC 29803

Wingard Towing
1809 Augusta Road
West Columbia, SC 29169

Worker's Compensation RX Solutions
14301 N. 87th Street
Scottsdale, AZ 85260

Zenobia T. Darby
50 Dallas Circle
Aiken, SC 29801

Zters, Inc.
13727 Office Park Drive
Houston, TX 77070

Zurich North America
P.O. Box 464
Carol Stream, IL 60197-4664

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of South Carolina

**In re** Regional Ambulance Service, Inc.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 20,000.00_____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 350.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

See Retainer Agreement

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  See Retainer Agreement

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/12/2021

*Date*

/s/ Christine E. Brimm, SC 6569 / FED 6313

*Signature of Attorney*

Barton Brimm, PA

*Name of law firm*

1500 Highway 17 Business North
Suite 214
Surfside Beach, SC 29575-5142
8032566582
cbrimm@bartonbrimm.com

### ATTACHMENT TO DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

| | |
|---|---|
| Retainer Amount | $20,000.00 |
| Filing Fee | $1,738.00 |
| | _____ |
| | $21,738.00 |
| | |
| Amount Applied to Pre-petition fees (3/31/21) | - $9,745.80 |
| | |
| Amount Applied to Pre-petition fees (4/12/21) | -$8,132.00 |
| | |
| Filing Fee Applied (4/12/21) | -$1,738.00 |
| | _____ |
| | |
| RETAINER BALANCE | $2,122.20 |

**CHRISTINE E. BRIMM**
*Certified Specialist in Bankruptcy*
*and Debtor-Creditor Law*

**BRIANNA J. MORRISON**
*Associate Attorney*

**BARBARA GEORGE BARTON**
*Retired*

**BB**

**BARTON • BRIMM**

1500 Highway 17 Business North
Suite 214
Surfside Beach, SC 29575
(803) 256-6582
www.bartonbrimm.com

Mailing Address
P.O. Box 14805
Myrtle Beach, SC 29587

cbrimm@bartonbrimm.com
bmorrison@bartonbrimm.com

March 15, 2021

Regional Ambulance Service, Inc.
c/o Darrin Moyer
<u>**VIA E-MAIL darrin4321@gmail.com**</u>

  *RE:  Agreement for Legal Services*

Dear Mr. Moyer:

This confirms the agreement between Regional Ambulance Service, Inc. (the "Company" or "You") and Barton Brimm, PA (the "Firm"), pursuant to which the Firm has agreed to represent the Company. Representation pursuant to this agreement expressly does not include any representation of any individual, but only the Company in its corporate capacity. This representation will involve advice and counseling concerning the Company's financial matters and negotiation with the Company's creditors regarding potential resolution short of bankruptcy, as necessary, and will also involve the filing of a Chapter 11 bankruptcy. It is understood that any representation by the Firm of any individual or affiliate company will be by separate agreement, and that no such representation is included pursuant to this agreement with the Company.

Representation will commence with payment to the Firm of an initial retainer in the amount of $20,000.00. The Retainer is for legal services only and does <u>not</u> include the Chapter 11 filing fee of $1,738.00 to be paid to the Bankruptcy Court, or any additional fees which may arise during the course of the bankruptcy. The Firm may request that the retainer be replenished from time to time, as needed, and You agree to provide such additional retainer amounts as may be requested. The Firm shall send an informational invoice to You including a detailed daily description of its time, charges and reimbursable expenses by the fifteenth (15th) day of each month for services performed and expenses incurred during the preceding calendar month. The Firm shall charge against its Retainer the invoice amount on the date each invoice is sent or, after if a bankruptcy is filed on your behalf, only upon approval by the Bankruptcy Court. Fees shall be charged for the time expended by members of the firm at the rate of $350.00 per hour for Christine E. Brimm. Time expended on this representation by other attorneys or legal assistants will be charged at the normal and customary hourly rates applicable to each attorney or legal assistant working on these matters as charged by the Firm to its non-bank, corporate and commercial clients. If the Firm increases its hourly rates at any time during the course of this representation, the higher rate shall be deemed substituted for the initial rates described in this agreement.

The expenses chargeable against the retainer may include, among other items, filing fees, deposition expenses, expert witness fees, subpoena and service of process fees, cost of transcripts, secretarial overtime, document production and reproducing costs, charges for toll, long-distance, and conference telephone calls, expedited mail or delivery services, fax and telecopier expenses, messenger services, and the cost involved

Regional Ambulance Service, Inc.
Page 2
March 15, 2021

in hiring accountants, actuaries or appraisers if necessary.  You agree that, to the extent the retainer is insufficient to pay the amount incurred in fees and expenses, You will pay all additional amounts as incurred.

**You acknowledge that the Retainer does <u>not</u> represent a fixed amount for the legal representation, but is instead a security retainer. You will be billed at the hourly rate for all time incurred in this matter.**

You further acknowledge and agree that the Firm has reserved the right to seek approval from the Bankruptcy Court for additional compensation from the debtor's estate beyond the Retainer amount, or for an enhancement of its compensation at rates higher than those scheduled in this agreement, or in a greater aggregate amount, in the event a bankruptcy is filed.

You agree that You will perform fully and conscientiously all of the statutory duties of the debtor under the Bankruptcy Code, and that You will timely comply with all reasonable requests for information or reports requested by the Firm, by the trustee and by the United States Trustee.  These duties include gathering and reviewing all of the information necessary for filing a complete and accurate list of all of Your creditors, by complete name and address, in the form for a matrix required by the Bankruptcy Court, a schedule of Your executory contracts and unexpired leases, the statement of Your financial affairs, and the statement of Your current income and expenses.  You acknowledge that bankruptcy forms are required to be completed with the foregoing information, and further acknowledge that to the extent that the Firm has to redraft or assign its personnel to complete these forms for You, the fees for the Firm's services will be substantially increased beyond the initial Retainer amount.

Representation pursuant to this agreement does not include representation in the following matters, which are hereby expressly excluded.  In the event that You desire the Firm to represent You in the following matters, should they arise, a separate written retainer agreement will be necessary.

1. Adversary proceedings;
2. Appeals;
3. Matters involving material facts not disclosed at the time of this Retainer Agreement; and
4. Any other matters or litigation not described herein.

Yours Very Truly,

BARTON BRIMM, PA

Christine E. Brimm

**RETAINER AGREEMENT AGREED AND ACCEPTED:**

**REGIONAL AMBULANCE SERVICE, INC.**

Darrin Moyer, President     Date     3/18/2021

**BARTON BRIMM, PA**

Christine E. Brimm     Date     3/19/21

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Regional Ambulance Service, Inc.
_____  Chapter  11
                                                             _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Darren Moyer<br>919 River Bound Court, Evans, GA 30809 | 100 | |