| Information to identify the case: | | |
|---|---|---|
| Debtor | Regional Ambulance Service, Inc.<br>Name | EIN: 27–0004015 |
| United States Bankruptcy Court | District of South Carolina | Date case filed for chapter: 11   4/12/21 |
| Case number: | 21–01021–hb | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
### Notice of Chapter 11 Bankruptcy Case    02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Regional Ambulance Service, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1089 Augusta Road<br>Warrenville, SC 29851 | |
| 4. | **Debtor's attorney**<br>Name and address | Christine E Brimm<br>Barton Brimm, PA<br>P.O. Box 14805<br>Myrtle Beach, SC 29587 | Contact phone 803–256–6582<br><br>Email: cbrimm@bartonbrimm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | J. Kershaw Spong<br>Robinson Gray Stepp & Laffitte, LLC<br>PO Box 11449<br>Columbia, SC 29211 | Contact phone (803)929–1400<br><br>Email: kspong@robinsongray.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423 | Hours open:<br>9:00 am – 5:00 pm<br><br>Contact phone 803–765–5436<br><br>Date: 4/13/21 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 12, 2021 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.   Location: **U.S. Trustee's Office, Room 557, Strom Thurmond Federal Building, 1835 Assembly Street, Columbia, SC 29201** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:**   **For all creditors (except a governmental unit):** 6/21/21   **For a governmental unit:** 10/12/21   A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.   Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed*, *contingent*, or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice.   If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.   You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.   Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.   **Deadline for filing the complaint:** 7/12/21 |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 21-01021-hb

Regional Ambulance Service, Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-3  User: admin  Page 1 of 4
Date Rcvd: Apr 13, 2021  Form ID: b309f2  Total Noticed: 121

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regional Ambulance Service, Inc., 1089 Augusta Road, Warrenville, SC 29851-2903 |
| tr | + | J. Kershaw Spong, Robinson Gray Stepp & Laffitte, LLC, PO Box 11449, Columbia, SC 29211-1449 |
| 543962104 | + | A'Laya Nobles, 483 Outing Club Road, Aiken, SC 29801-8860 |
| 543962106 | + | ADP, P.O. Box 12513, 1851 N. Resler Drive, El Paso, TX 79912-8023 |
| 543962107 | + | AFC Greer, Attn: Anna Cardona, 1467 Woodruff Road, Suite C, Greenville, SC 29607-6505 |
| 543962108 | | AFC Urgent Care, P.O. Box 743652, Atlanta, GA 30374-3652 |
| 543962105 | + | Ace American Insurance Co., Lockbox #6907, P.O. Box 8500, Philadelphia, PA 19178-8500 |
| 543962109 | | Aiken County EMS, 1930 University Parkway, Suite 3200, Warrenville, SC 29851 |
| 543962110 | + | Aiken Regional Medical Centers, Attn: Darren Waters, FBO Bus. & Ind. De, 440 Society Hill Drive, Suite 204, Aiken, SC 29803-1755 |
| 543962112 | + | Air Gas, 1221 New Savannah Road, Augusta, GA 30901-3841 |
| 543962111 | + | Air Gas, P.O. Box 734672, Dallas, TX 75373-4672 |
| 543962113 | + | Akeil Hagin, 106 Edrie Oaks Circle, Aiken, SC 29801-5406 |
| 543962114 | + | Albert Maurice, 145 Albert Road, West Columbia, SC 29172-2803 |
| 543962117 | + | Amanda Johnson, 2024 Lorraine Drive Southwest, Aiken, SC 29801-2825 |
| 543962118 | + | Amanda Neese, 24 Country Meadow Lane, Lexington, SC 29073-8847 |
| 543962119 | + | Amy Moyer, 919 Riverbound Court, Evans, GA 30809-4902 |
| 543962120 | | Angelica, P.O. Box 532268, Atlanta, GA 30353-2268 |
| 543962121 | + | April R. Taylor, 483 Outing Club Road, Aiken, SC 29801-8860 |
| 543962122 | + | Augusta Data Storage, 3122 Mike Padgett Highway, Augusta, GA 30906-3783 |
| 543962123 | | Blue Cross Blue Shield of SC, 4101 Percival Road, Columbia, SC 29219-8320 |
| 543962124 | + | Bon Secours Ambulatory Service, St. Fran, 1467 Woodruff Road, Suite C, Greenville, SC 29607-6505 |
| 543962125 | + | Brandon Ziglar, 1007 Frances Street, North Augusta, SC 29841-4203 |
| 543962126 | + | Brian C. Williams, 2184 Winding Trail Road, Graniteville, SC 29829-6036 |
| 543962127 | + | Briana E. Fallon, 4021 Percival Road, Apt. 1833, Columbia, SC 29229-8378 |
| 543962134 | + | CSRA Paper & Janitorial Supply, 2002 Gordon Highway, Augusta, GA 30909-4409 |
| 543962128 | + | Cassandra R. Dunbar, 301 Huber Clay Road, Warrenville, SC 29851-2506 |
| 543962129 | + | Catherine Kaylor, 2007 Canada Drive, Augusta, GA 30906-4917 |
| 543962130 | + | Christopher Burgess, 2353 Camelia Street, Cayce, SC 29033-2509 |
| 543962131 | | Companion Life, P.O. Box 100102, Columbia, SC 29202-3102 |
| 543962132 | + | Connector 2000 Association, P.O. Box 408, Piedmont, SC 29673-0408 |
| 543962133 | + | Craig H. Allen, Esq., Craig H. Allen, PA, P.O. Box 10854, Greenville, SC 29603-0854 |
| 543962135 | + | Dallas J. Brown, 83 Boyd Drive, Graniteville, SC 29829-3522 |
| 543962136 | + | Darrell S. Satcher, 202 Wildwood Drive, North Augusta, SC 29841-2552 |
| 543962137 | + | Darrin K. Moyer, 919 Riverbound Court, Evans, GA 30809-4902 |
| 543962138 | + | Darrin Moyer, 919 Riverbound Court, Evans, GA 30809-4902 |
| 543962139 | + | Darrin Moyer, 1089 Augusta Road, Warrenville, SC 29851-2903 |
| 543962141 | | Deltacom, n/k/a Windstream Enterprise, P.O. Box 2252, Birmingham, AL 35246-1058 |
| 543962143 | | Dept. of Public Utilities, P.O. Box 1057, Orangeburg, SC 29116-1057 |
| 543962144 | | Doctors Care, P.O. Box 63418, Charlotte, NC 28263-3418 |
| 543962145 | + | Dwight B. Pixley, 144 Denise Court, Aiken, SC 29801-8522 |
| 543962147 | + | EDTS, n/k/a Corsica Technologies, 1721 Goodrich Street, Augusta, GA 30904-3017 |
| 543962146 | + | Eddie E. White, 332 Southbrook Drive, Lexington, SC 29073-9747 |
| 543962148 | + | Elizabeth Klein, 401 Wannamaker Street, Orangeburg, SC 29115-5035 |
| 543962149 | + | Emanuel Mixon, 3421 Winesap Way, Augusta, GA 30906-3847 |
| 543962150 | + | Erica R. Zamora, 332 Southbrook Drive, Lexington, SC 29073-9747 |

Case 21-01021-hb   Doc 19   Filed 04/15/21   Entered 04/16/21 00:30:17   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0420-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: b309f2 | Total Noticed: 121 |

| | | |
|---|---|---|
| 543962151 | + | Fedirra R. Bryant, 1914 Alan Avenue, Aiken, SC 29801-9474 |
| 543962152 | + | Fisher & Phillips, LLP, 1320 Main Street, Suite 750, Columbia, SC 29201-3284 |
| 543962153 | + | Fuelman, P.O. Box 70887, Charlotte, NC 28272-0887 |
| 543962154 | + | Fulcher Hagler, LLP, Attn: Scott Lewis, One 10th Street, Suite 700, Augusta, GA 30901-0119 |
| 543962155 | + | George Rivers, 110 Joe Paul Drive, Cordova, SC 29039-9644 |
| 543962156 | + | Gray's Auto & Tire, 3702 Bamberg Road, Orangeburg, SC 29115-9139 |
| 543962157 | + | Hamilton McKinney & Moss, 10120 Two Notch Road, Suite 2, #402, Columbia, SC 29223-4385 |
| 543962158 | + | Hannah E. Greene, 201 Woodgate Drive, Columbia, SC 29223-6417 |
| 543962159 | + | Harrison Arline, 111 Sabal Drive, Aiken, SC 29803-7852 |
| 543962160 | + | Heather M. Durham, 420 E. Wise Street, Trenton, SC 29847-2022 |
| 543962161 | + | Henry Abeyta, 159 North Wrennwood, Lexington, SC 29073-8966 |
| 543962162 | + | Jacqueline Brenes, 214 Oakwood Drive, Aiken, SC 29801-9452 |
| 543962163 | + | Jazmyn Couvillon, 133 Bradleyville Road, North Augusta, SC 29841-3972 |
| 543962164 | + | Jeffrey Kyle Foster, 174 Spring Oak Lane, North Augusta, SC 29841-3899 |
| 543962165 | + | Jiffy Lube, P.O. Box 211042, Martinez, GA 30917-1042 |
| 543962166 | + | John Adams, 519 Augusta Road, Warrenville, SC 29851-3003 |
| 543962167 | + | Jose Mendoza, 1723 Colleton Avenue, Aiken, SC 29801-4783 |
| 543962168 | + | Kara L. Jolly, 5234 Platt Springs Road, Lot 2, Lexington, SC 29073-9611 |
| 543962169 | + | Keyrisk, P.O. Box 18746, Greensboro, NC 27419-8746 |
| 543962171 | + | Lee Yvette McGraw, 530 Chisolm Way, Lexington, SC 29073-7386 |
| 543962172 | + | Levi, Wittenburg, Harriet, Hoeffer, P.O. Drawer 730, Sumter, SC 29151-0730 |
| 543962173 | | Lexington Medical Center, Attn: Nancy Sells, P.O. Box 2210, Lexington, SC 29071-2210 |
| 543962174 | + | Mail Finance, 25881 Network Place, Chicago, IL 60673-1258 |
| 543962175 | + | Mail Finance/Neopost USA, Inc., 478 Wheelers Farm Road, Milford, CT 06461-9105 |
| 543962176 | | McCarthy, Reynolds & Penn, LLC, 1517 Laurel Street, P.O. Box 11332, Columbia, SC 29211-1332 |
| 543962177 | + | Med Care Columbia, P.O. Box 415000, Nashville, TN 37241-5000 |
| 543962179 | + | Midlands Exams & Drug Screening, 3020 Sunset Blvd., Suite 102, West Columbia, SC 29169-3494 |
| 543962181 | + | NACM Southwest, 751 Plaza Blvd., Coppell, TX 75019-6695 |
| 543962182 | + | Nicholas Jackson, 633 Rawl Street, Columbia, SC 29203-5492 |
| 543962183 | + | O'Reilly Auto Parts, 1012 Gregg Highway NW, Aiken, SC 29801-5320 |
| 543962184 | + | Odel D. Pearson, 401 Wanna Maker Street, Orangeburg, SC 29115-5035 |
| 543962185 | + | Piedmont Planning, LLC, 1089 Augusta Road, Warrenville, SC 29851-2903 |
| 543962186 | + | Pollock, 1711 Central Avenue, Augusta, GA 30904-5787 |
| 543962187 | | Quadient Leasing USA, Inc., Dept. 3682, P.O. Box 123682, Dallas, TX 75312-3682 |
| 543962188 | + | Robert Metz, 309 Gemstone Court, Lexington, SC 29072-7693 |
| 543962191 | + | SBA Office of Disaster Assistance, 408 3rd Street, SW, Washington, DC 20416-0001 |
| 543962190 | + | Sarah A. Harding, 32 Hampton Drive, Warrenville, SC 29851-2312 |
| 543962194 | + | Schroeder's Towing, 3512 Bush River Road, Columbia, SC 29210-4821 |
| 543962195 | + | Shannon R. Williamson, 295 Baylor Drive, Graniteville, SC 29829-4127 |
| 543962196 | + | South Carolina Health Care Association, 176 Laurelhurst Avenue, Columbia, SC 29210-3824 |
| 543962197 | + | Southern Anesthesia Surgical, Inc., One Southern Court, West Columbia, SC 29169-3060 |
| 543962198 | + | Stamps.com, 1990 East Grand Avenue, El Segundo, CA 90245-5013 |
| 543962199 | + | Stephen Anglin, III, 5012 Serendipity Court, Aiken, SC 29803-5934 |
| 543962200 | + | Steve W. Shillinglaw, 1998 Windrose Way, Myrtle Beach, SC 29577-1956 |
| 543962201 | + | Stevens Towing, 2307 Airport Road, Greer, SC 29651-6625 |
| 543962202 | + | Sydney Elkins, 130 Adler Road, West Columbia, SC 29170-3856 |
| 543962203 | + | Tabitha L. Perkins, 1915 Old Barnwell Road, Lexington, SC 29073-7719 |
| 543962204 | | The Hartford Sentinel Insurance Co., P.O. Box 660916, Dallas, TX 75266-0916 |
| 543962205 | + | Tiara Jenkins, 122 Springwood Loop, Warrenville, SC 29851-2930 |
| 543962206 | + | Tracy L. Winters, 509 Polo Drive, Aiken, SC 29801-5070 |
| 543962207 | + | Trevor Starnes, 76 Edwards Drive, North Augusta, SC 29860-8305 |
| 543962208 | + | UMG Prompt Care, 925 Branch Court, Grovetown, GA 30813-3325 |
| 543962212 | | US Bank Equipment Finance, P.O. Box 790448, St Louis, MO 63179-0448 |
| 543962214 | + | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 543962215 | + | US Standard Products, P.O. Box 5509, Englewood, NJ 07631-5509 |
| 543962209 | + | University Occupational Health Center, 3121 Peach Orchard Road, Suite 201, Augusta, GA 30906-3507 |
| 543962210 | + | Uppro, Attn: Dan Choi, 25 Broadway, 9th Floor, New York, NJ 10004-1058 |
| 543962211 | | Urgent Care Group, LLC, P.O. Box 415000, Nashville, TN 37241-8091 |
| 543962217 | + | Veronica D. Weston, 305 Holt Street, Eastover, SC 29044-8755 |
| 543962219 | + | Wells Fargo, 1797 Whiskey Road, Aiken, SC 29803-7337 |
| 543962218 | | Wells Fargo, 1739 Whiskey Road, Aiken, SC 29803 |
| 543962220 | + | Wingard Towing, 1809 Augusta Road, West Columbia, SC 29169-5633 |
| 543962221 | + | Worker's Compensation RX Solutions, 14301 N. 87th Street, Scottsdale, AZ 85260-3686 |

| District/off: 0420-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: b309f2 | Total Noticed: 121 |

| | | |
|---|---|---|
| 543962222 | + | Zenobia T. Darby, 50 Dallas Circle, Aiken, SC 29801-8833 |
| 543962223 | + | Zters, Inc., 13727 Office Park Drive, Houston, TX 77070-2892 |
| 543962224 | | Zurich North America, P.O. Box 464, Carol Stream, IL 60197-4664 |

TOTAL: 111

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: cbrimm@bartonbrimm.com | Apr 13 2021 21:36:00 | Christine E Brimm, Barton Brimm, PA, P.O. Box 14805, Myrtle Beach, SC 29587 |
| ust | + Email/Text: ustpregion04.co.ecf@usdoj.gov | Apr 13 2021 21:36:00 | US Trustee's Office, Strom Thurmond Federal Building, 1835 Assembly St., Suite 953, Columbia, SC 29201-2448 |
| intp | Email/Text: sheree_phipps@scb.uscourts.gov | Apr 13 2021 21:37:00 | US Bankruptcy Court, Attn: Systems, 1100 Laurel Street, Columbia, SC 29201-2423 |
| 543962116 | + Email/Text: amsbankruptcy@amscollections.com | Apr 13 2021 21:36:00 | Allen, Maxwell & Silver, P.O. Box 540, Fair Lawn, NJ 07410-0540 |
| 543962142 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2021 21:36:00 | Department of The Treasury, IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 543962180 | + Email/Text: tylerb@midlandstech.edu | Apr 13 2021 21:36:00 | Midlands Technical College, P.O. Box 2408, Columbia, SC 29202-2408 |
| 543962192 | + Email/Text: bankruptcy@sctax.org | Apr 13 2021 21:37:00 | SC Department of Revenue, P.O. Box 12265, Columbia, SC 29211-2265 |
| 543962193 | + Email/Text: tmcleod@dew.sc.gov | Apr 13 2021 21:37:00 | SC Dept. of Employment and Workforce, 1550 Gadsden Street, P.O. Box 8597, Columbia, SC 29202-8597 |
| 543962213 | Email/Text: atlreorg@sec.gov | Apr 13 2021 21:36:00 | US Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 543962216 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2021 21:36:00 | Verizon, P.O. Box 660108, Dallas, TX 75266-0108 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 543962115 | ##+ | All Star Towing, 3500 Fernandina Road, Apt. E-3, Columbia, SC 29210-5227 |
| 543962140 | ##+ | Daryl Leto, 379 Redds Branch Road, Aiken, SC 29801-9120 |
| 543962170 | ##+ | Kordisha Mayers, 4932 Barrington Drive, Columbia, SC 29203-3416 |
| 543962178 | ##+ | Michael Close, 776 W. Martintown Road, North Augusta, SC 29841-6033 |
| 543962189 | ##+ | Robin Armstrong, 1253 Basin Rock Lane, Lexington, SC 29073-7587 |

TOTAL: 0 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0420-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: b309f2 | Total Noticed: 121 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christine E Brimm | on behalf of Debtor Regional Ambulance Service Inc. cbrimm@bartonbrimm.com, cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| J. Kershaw Spong | kspong@robinsongray.com mwhite@robinsongray.com;jguthrie@robinsongray.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| US Bankruptcy Court | mark_tyan@scb.uscourts.gov  Lisa_Huppertz@scb.uscourts.gov |

TOTAL: 4